AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

05 916

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___5___ COPIES OF AO FORM 85.

_____12/29/05_____    _____J. E. Neuberger_____
(Date forms issued)     (Signature of Party or their Representative)

                        _____J. E. Neuberger_____
                        (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action