IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS S. NEUBERGER

v.

THOMAS P. GORDON, Individually, et al.

Civil Action No. 05-cv-0916

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

Pursuant to the provisions of 28 U.S.C. § 292(b), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable Thomas N. O'Neill, Jr. of the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

                                   _____
                                   Anthony J. Scirica, Chief Judge
                                   United States Court of Appeals
                                   for the Third Circuit

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ANTHONY J. SCIRICA
CHIEF JUDGE

22614 UNITED STATES COURTHOUSE
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-2399
FAX (215) 597-7373
ascirica@ca3.uscourts.gov

February 14, 2006

Honorable Thomas N. O'Neill, Jr.
United States District Judge
Eastern District of Pennsylvania
4007 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re: Thomas S. Neuberger v. Thomas P. Gordon, et al.
D.Del. Civil Action No. 05-cv-0916

Dear Tom:

Thank you for accepting the designation in the above-referenced action. I am enclosing a copy of the designation order, the original of which has been sent to the Clerk of Court for the District of Delaware for filing.

Sincerely,

Anthony J. Scirica

AJS:sss

Enclosure

cc: Honorable Harvey Bartle III
Honorable Sue L. Robinson
Peter T. Dalleo, Clerk of Court (w/original order enclosed)
Toby D. Slawsky, Circuit Executive