IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS S. NEUBERGER,

      Plaintiff,

      v.

THOMAS P. GORDON, individually; SHERRY
L. FREEBERY, individually; CHRISTOPHER
A. COONS, in his official capacity as County
Executive; DAVID W. SINGLETON, in his
Official capacity as Chief Administrative Officer;
And NEW CASTLE COUNTY, a municipal
Corporation,

C.A. No. 05-cv-961 (UNA)

JURY TRIAL DEMANDED

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that Defendant New Castle County be granted a 90 day extension in which to file a response in the above captioned matter. New Castle County's response will be due on May 1, 2006.

Stephen J. Neuberger, Esq.(I.D. #4440)           Gregg E. Wilson, County Attorney(I.D. #85)
Two East Seventh Street, Suite 302               87 Reads Way
Wilmington, DE 19801                             New Castle, DE 19720
Telephone: (302)655-0582                         87 Reads Way
                                                 Telephone: (302)395-5130

IT IS SO ORDERED this 2nd day of March, 2006.

_____
J.

RECEIVED

FEB 1  2006

NEW CASTLE COUNTY
DEPARTMENT OF LAW

FILED

Mar 2 12 30 PM '06
CLERK U.S. DISTRICT
DISTRICT OF DELAWARE

TOTAL P.02