# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

Thomas S. Neuberger

**SUMMONS IN A CIVIL CASE**

V.

THOMAS P. GORDON, individually; SHERRY L. FREEBERY, individually; CHRISTOPHER A. COONS, in his official capacity as County Executive; DAVID W. SINGLETON, in his official capacity as Chief Administrative Officer; and NEW CASTLE COUNTY, a municipal corporation,

CASE NUMBER:   0 5   9 1 6

TO: (Name and address of Defendant)

SHERRY L. FREEBERY

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Neuberger, Esquire
THE NEUBERGER FIRM
Two East Seventh Street, Suite 302
Wilmington, Delaware 19801

Phone: 302-655-0582

an answer to the complaint which is served on you with this summons, ____TWENTY____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    12-29-05

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 1/19/06 @ 1:35 pm |
| NAME OF SERVER (PRINT) ROBERT DELACY | TITLE SPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where SERVED SHERRY L. FREEBERY, OUTSIDE COURTROOM 4A, US FEDERAL DISTRICT COURT, 844 KING STREET, WILM., DE.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/19/06
               Date

Signature of Server

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE   19809

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.