# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. NEUBERGER, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 05-cv-916 (TNO) |
| | : | |
| v. | : | |
| THOMAS P. GORDON, individually; SHERRY | : | |
| L. FREEBERY, individually; CHRISTOPHER | : | JURY TRIAL DEMANDED |
| A. COONS, in his official capacity as County | : | |
| Executive; DAVID W. SINGLETON, in his | : | |
| Official capacity as Chief Administrative Officer; | : | |
| And NEW CASTLE COUNTY, a municipal | : | |
| Corporation, | : | |
| Defendants. | : | |

## STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that all

Defendants be granted a 90 day extension in which to file a response in the above captioned

matter. The response of all Defendants will be due on May 1, 2006.

Stephen J. Neuberger, Esq.(I.D. #4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Telephone: (302)655-0582

Gregg E. Wilson, County Attorney(I.D. #85)
87 Reads Way
New Castle, DE 19720
87 Reads Way
Telephone: (302)395-5130


IT IS SO ORDERED this _____ day of _____, 2006.


_____
J.