IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, | : |
| Plaintiff, | : C.A. No. 05-cv-916 (TNO) |
| v. | : |
| THOMAS P. GORDON, individually; SHERRY L. FREEBERY, individually; CHRISTOPHER A. COONS, in his official capacity as County Executive; DAVID W. SINGLETON, in his Official capacity as Chief Administrative Officer; And NEW CASTLE COUNTY, a municipal Corporation, | : JURY TRIAL DEMANDED |
| Defendants. | : |

**STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that all Defendants be granted a 90 day extension in which to file a response in the above captioned matter. The response of all Defendants will be due on May 1, 2006.

_\[signature\] 3/3/06_
Stephen J. Neuberger, Esq.(I.D. #4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Telephone: (302)655-0582

_\[signature\]_
Gregg E. Wilson, County Attorney(I.D. #85)
87 Reads Way
New Castle, DE 19720
87 Reads Way
Telephone: (302)395-5130

IT IS SO ORDERED this 9 day of March 2006.

_____
J.

FILED
MAR 9 11 02 AM '06
CLERK US DISTRICT COURT
DISTRICT OF DELAWARE

TOTAL P.02