## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. NEUBERGER, | : | |
| Plaintiff, | : | C.A. No. 05-cv-916 (TNO) |
| v. | : | |
| THOMAS P. GORDON, individually; SHERRY L. FREEBERY, individually; CHRISTOPHER A. COONS, in his official capacity as County Executive; DAVID W. SINGLETON, in his Official capacity as Chief Administrative Officer; And NEW CASTLE COUNTY, a municipal Corporation, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

### STIPULATION

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for the parties, that all Defendants be granted a 30 day extension in which to file a response in the above captioned matter. The response of all Defendants will be due on May 31, 2006.

_/s/ Stephen J. Neuberger_
Stephen J. Neuberger, Esq.(I.D. #4440)
Two East Seventh Street, Suite 302
Wilmington, DE 19801
Telephone: (302)655-0582

_/s/ Gregg E. Wilson_
Gregg E. Wilson, County Attorney(I.D. #85)
87 Reads Way
New Castle, DE 19720
87 Reads Way
Telephone: (302)395-5130

IT IS SO ORDERED this 21 day of April, 2006.

_____
TNO'Neill, J.

**FILED**
APR 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE