IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, | : |
| Plaintiff, | : |
| v. | : Case No. 05-916-TNO |
| THOMAS P. GORDON, individually; SHERRY FREEBERY, individually; CHRISTOPHER COONS, in his official capacity as County Executive; DAVID W. SINGLETON, in his official Capacity as Chief Administrative Officer; and NEW CASTLE COUNTY, a municipal Corporation, | : |
| Defendants. | : |

## SUBSTITUTION OF COUNSEL

To:   Clerk, U.S. District Court
      District of Delaware
      844 North King Street, Room 4209
      Lock Box 18
      Wilmington, DE  19801

Please withdraw the appearance of Gregg E. Wilson, Esquire of the New Castle County Law Department and enter the appearance of Charles E. Butler, Esquire for the defendants in the above-captioned matter.

June 1, 2006

_____
CHARLES E. BUTLER (Bar I.D. 2349)
1224 North King Street
Wilmington, Delaware  19801
(302) 655-4100

June _1_, 2006

_____
GREGG E. WILSON (Bar I.D. 85)
New Castle County Law Department
87 Reads Way
New Castle, DE  19720-1648
(302) 395-5146

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER,<br><br>        Plaintiff,<br><br>        v.<br><br>THOMAS P. GORDON, individually;<br>SHERRY FREEBERY, individually;<br>CHRISTOPHER COONS, in his official<br>capacity as County Executive;<br>DAVID W. SINGLETON, in his official<br>Capacity as Chief Administrative Officer;<br>and NEW CASTLE COUNTY, a municipal<br>Corporation,<br>        Defendants. | :<br>:<br>:<br>:<br>:   Case No. 05-916-TNO<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Charles E. Butler, attorney in the above-captioned action do hereby certify that on June __2__, 2006, I served two copies of the foregoing Substitution of Counsel by First Class U.S. Mail, postage prepaid to:

Stephen J. Neuberger, Esquire
The Neuberger Firm, P.A.
2 East Seventh Street, Suite 302
Wilmington, DE 19801

                                                            CHARLES E. BUTLER