# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

| | |
|---|---|
| THOMAS S. NEUBERGER, ESQUIRE | PHONE: (302) 655-0582 |
| STEPHEN J. NEUBERGER, ESQUIRE | FAX: (302) 655-9329 |

June 16, 2006                                                                 **Via CM/ECF Filing**

The Honorable Thomas N. O'Neill, Jr.
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room # 4007
Philadelphia, PA 19106-1714

RE:     **Neuberger v. Gordon, et al.**, Civil Action No. 05-916-TNO (D.Del.)

Dear Judge O'Neill:

   Although plaintiff opposes the defense motion for a stay, in light of the numerous cases against these same defendants that have already been stayed by the District of Delaware, the state of the law is clear and it appears that a stay is inevitable.

   Accordingly, please accept this letter response in lieu of an Answering Brief.


Respectfully submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:     Charles E. Butler, Esq. (via CM/ECF)

Conley \ Letters \ O'Neill.01