IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **THOMAS S. NEUBERGER,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-916-TNO |
| | : | |
| **THOMAS P. GORDON, individually; SHERRY L. FREEBERY, individually; CHRISTOPHER A. COONS,** in his official capacity as County Executive; **DAVID W. SINGLETON,** in his official capacity as Chief Administrative Officer; and **NEW CASTLE COUNTY,** a municipal corporation, | : : : : : : : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Stephen J. Neuberger, being a member of the bar of this Court do hereby certify that on June 19, 2006, I mailed two (2) copies of D.I. 12-13 to the following individuals:

>Charles E. Butler, Esq.
>1224 North King Street
>Wilmington, DE 19801

>**THE NEUBERGER FIRM, P. A.**
>
>/s/ Stephen J. Neuberger
>**STEPHEN J. NEUBERGER, ESQ. (#4440)**
>Two East Seventh Street, Suite 302
>Wilmington, Delaware 19801
>(302) 655-0582
>SJN@NeubergerLaw.com
>
>Attorney for Plaintiff

-1-