IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. NEUBERGER | : | CIVIL ACTION |
| v. | : | |
| THOMAS P. GORDON, et al | : | NO. 05-916 |

### ORDER

AND NOW, this 26th day of June, 2006, by agreement of counsel, it is ORDERED that this action is STAYED pending resolution of the pending criminal matters.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THOMAS N. O'NEILL, JR.,　　J.