IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 05-916 TNO |
| : | |
| THOMAS P. GORDON, individually; SHERRY : | |
| L. FREEBERY, individually; CHRISTOPHER : | |
| A. COONS, in his official capacity as County : | |
| Executive; DAVID W. SINGLETON, in his : | |
| official capacity as Chief Administrative Officer; : | |
| and NEW CASTLE COUNTY, a municipal : | |
| corporation, : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

Please enter the appearance of John M. LaRosa, Esquire as an attorney for Plaintiff Thomas S. Neuberger in this case.

                                                   LAW OFFICE OF JOHN M. LaROSA

                                                   /s/ John M. LaRosa
                                                   **JOHN M. LaROSA, ESQUIRE**
                                                   Delaware Bar No. 4275
                                                   Two East 7th Street, Suite 302
                                                   Wilmington, Delaware 19801-3707
                                                   (302) 888-1290

Dated: December 4, 2007                              Attorney for Plaintiff