# LAW OFFICE
## OF
## JOHN M. LaROSA
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

PHONE: (302) 888-1290   LICENSED IN DE, PA, AND NJ
FAX:   (302) 655-9329   INTERNET: WWW.LAROSALAW.COM

December 4, 2007                                    <u>**Via CM/ECF Filing**</u>

The Honorable Thomas N. O'Neill, Jr.
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room # 4007
Philadelphia, PA 19106-1714

RE:  **Neuberger v. Gordon, et al., Civil Action No. 05-916 TNO (D.Del.)**
     <u>**Plaintiff's Request to Lift Stay**</u>

Dear Judge O'Neill:

I have entered my appearance today as attorney for Plaintiff Thomas S. Neuberger in the above captioned action. This case was filed on December 29, 2005. (D.I. 1). On June 26, 2006, the Court stayed this case pending resolution of the criminal proceedings then pending against defendants Gordon and Freebery. (D.I. 15).

Those defendants have pled guilty to some of the criminal charges against them and the remainder have been dismissed. As a result of these events, the rationale used by the Court to stay this case - including the status of the criminal proceedings, consent by all parties pending the resolution of the criminal matters, and defense concerns about self-incrimination - no longer applies. Indeed, the public interest, the Court's interest and plaintiff's interest in resurrecting this long-stayed case now dramatically have increased. Furthermore, four other previously stayed civil cases involving those defendants, <u>Reyes v. Freebery</u>, C.A. No. 02-1283; <u>Riddell v. Gordon</u>, C.A. No. 04-01201; <u>Tobin v. Gordon</u>, C.A. No. 04-01211; and <u>Jamison v. Gordon</u>, C.A. No. 04-01568, have resumed with the Court ordering Rule 16 scheduling teleconferences for each of those cases for this Friday, December 7, 2007.

Accordingly, plaintiff here too respectfully requests that the stay be lifted here so that defendants may file their Answer, a scheduling order may be put in place, and discovery may proceed.

Respectfully submitted,

/s/ John M. LaRosa

Attorney for Plaintiff

The Honorable Thomas N. O'Neill, Jr.
United States District Court for the Eastern District of Pennsylvania
December 4, 2007
Page 2


cc:	Charles E. Butler, Esquire (via CM/ECF)
	Thomas S. Neuberger, Esquire (via hand delivery)