IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-916-TNO |
| ) | |
| THOMAS P. GORDON, individually; ) | |
| SHERRY FREEBERY, individually; ) | |
| CHRISTOPHER A. COONS, in his official ) | |
| capacity as County Executive; DAVID W. ) | |
| SINGLETON, in his official capacity as ) | |
| Chief Administrative Officer; and NEW ) | |
| CASTLE COUNTY, ) | |
| Defendants. | |

## ENTRIES OF APPEARANCE

PLEASE ENTER the appearances of Barry M. Willoughby, Esquire, and Margaret M. DiBianca, Esquire, as attorneys for Defendants New Castle County; Christopher A. Coons, in his official capacity; and David W. Singleton, in his official capacity.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Barry M. Willoughby, Esquire (Bar I.D. 1016)
Margaret M. DiBianca, Esquire (Bar I.D. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-5008
Facsimile: (302) 576-3476
E-mail: mdibianca@ycst.com
Attorneys for Defendants New Castle County; Christopher A. Coons, in his official capacity; and David W. Singleton, in his official capacity

DATED:    December 6, 2007