IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. NEUBERGER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-916-TNO |
| | ) | |
| THOMAS P. GORDON, individually; | ) | |
| SHERRY FREEBERY, individually; | ) | |
| CHRISTOPHER A. COONS, in his official | ) | |
| capacity as County Executive; DAVID W. | ) | |
| SINGLETON, in his official capacity as Chief | ) | |
| Administrative Officer; and NEW CASTLE | ) | |
| COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO LIFT THE STAY AND ENTER A BRIEFING SCHEDULE**

Subject to approval by this Court, Plaintiff Thomas S. Neuberger and Defendants Thomas P. Gordon; Sherry L. Freebery; Christopher A. Coons; David W. Singleton; and New Castle County, by and through their respective undersigned counsel, hereby stipulate and agree to the following:

1. The Stay entered in this case on June 26, 2006, (D.I. 15), is hereby lifted.

2. Defendants having noted their intention to submit a Motion to Dismiss and Plaintiff having agreed to postpone discovery until the disposition of that Motion, the briefing schedule for Defendants' Motion to Dismiss, shall be as follows:

   a. Defendants' Motion and Opening Brief shall be filed on or before Friday, January 25, 2008;

   b. Plaintiff's Answering Brief shall be filed on or before Monday, February 25, 2008; and

   c. Defendants' Reply Brief shall be filed on or before Tuesday, March 11, 2008.

**IT IS SO STIPULATED.**

[Continued to the next page]

| | |
|---|---|
| LAW OFFICE OF JOHN M. LAROSA | CHARLES E. BUTLER, ESQUIRE |
| */s/ John M. LaRosa* | */s/ Charles E. Butler* |
| John M. LaRosa, Esquire (Bar I.D. 4275)<br>Two East 7th Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-1290<br>Facsimile: (302) 655-9329<br>E-mail: jlr@larosalaw.com | Charles E. Butler, Esquire (Bar I.D. 2349)<br>1224 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-4100<br>Facsimile: (302) 655-4212<br>E-mail: ceb@cebutler.com<br>Attorneys for Defendants Sherry Freebery and Thomas Gordon |
| and | |
| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Stephen J. Neuberger* | */s/ Margaret M. DiBianca* |
| Thomas S. Neuberger, Esquire (No. 243)<br>Stephen J. Neuberger, Esquire (No. 4440)<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801<br>Telephone: (302) 655-0582<br>E-mail: TSN@NeubergerLaw.com;<br>SJN@NeubergerLaw.com | Barry W. Willoughby, Esquire (Bar I.D. 1016)<br>Margaret M. DiBianca, Esquire (Bar I.D. 4539)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-5008<br>Facsimile: (302) 576-3476<br>E-mail: mdibianca@ycst.com |
| Attorneys for Plaintiff Thomas S. Neuberger | Attorneys for Defendants New Castle County and Christopher A. Coons and David W. Singleton, in their official capacities |

DATED:  January 2, 2008___

**IT IS SO ORDERED** this _____ day of _____, 2008.

_____
THE HONORABLE THOMAS N. O'NEILL, JR.
UNITED STATES DISTRICT JUDGE