IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, <br> Plaintiff, <br><br> v. <br><br> THOMAS P. GORDON, individually; <br> SHERRY FREEBERY, individually; <br> CHRISTOPHER A. COONS, in his official capacity as County Executive; DAVID W. SINGLETON, in his official capacity as Chief Administrative Officer; and NEW CASTLE COUNTY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 05-916-TNO <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO LIFT THE STAY AND ENTER A BRIEFING SCHEDULE

Subject to approval by this Court, Plaintiff Thomas S. Neuberger and Defendants Thomas P. Gordon; Sherry L. Freebery; Christopher A. Coons; David W. Singleton; and New Castle County, by and through their respective undersigned counsel, hereby stipulate and agree to the following:

1. The Stay entered in this case on June 26, 2006, (D.I. 15), is hereby lifted.

2. Defendants having noted their intention to submit a Motion to Dismiss and Plaintiff having agreed to postpone discovery until the disposition of that Motion, the briefing schedule for Defendants' Motion to Dismiss, shall be as follows:

   a. Defendants' Motion and Opening Brief shall be filed on or before Friday, January 25, 2008;

   b. Plaintiff's Answering Brief shall be filed on or before Monday, February 25, 2008; and

   c. Defendants' Reply Brief shall be filed on or before Tuesday, March 11, 2008.

IT IS SO STIPULATED.

[Continued to the next page]

DB02:6466036.2                                              045581.1053

| | |
|---|---|
| LAW OFFICE OF JOHN M. LAROSA | CHARLES E. BUTLER, ESQUIRE |
| /s/ John M. LaRosa | /s/ Charles E. Butler |
| John M. LaRosa, Esquire (Bar I.D. 4275) | Charles E. Butler, Esquire (Bar I.D. 2349) |
| Two East 7th Street | 1224 North King Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 888-1290 | Telephone: (302) 655-4100 |
| Facsimile: (302) 655-9329 | Facsimile: (302) 655-4212 |
| E-mail: jlr@larosalaw.com | E-mail: ceb@cebutler.com |
| | Attorneys for Defendants Sherry Freebery and Thomas Gordon |
| and | |
| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Stephen J. Neuberger | /s/ Margaret M. DiBianca |
| Thomas S. Neuberger, Esquire (No. 243) | Barry W. Willoughby, Esquire (Bar I.D. 1016) |
| Stephen J. Neuberger, Esquire (No. 4440) | Margaret M. DiBianca, Esquire (Bar I.D. 4539) |
| Two East Seventh Street, Suite 302 | The Brandywine Building, 17th Floor |
| Wilmington, DE 19801 | 1000 West Street |
| Telephone: (302) 655-0582 | Wilmington, Delaware 19801 |
| E-mail: TSN@NeubergerLaw.com; | Telephone: (302) 571-5008 |
| SJN@NeubergerLaw.com | Facsimile: (302) 576-3476 |
| | E-mail: mdibianca@ycst.com |
| Attorneys for Plaintiff Thomas S. Neuberger | Attorneys for Defendants New Castle County and Christopher A. Coons and David W. Singleton, in their official capacities |

DATED: January 2, 2008

IT IS SO ORDERED this 3 day of Jan. , 2008.

_____
THE HONORABLE THOMAS N. O'NEILL, JR.
UNITED STATES DISTRICT JUDGE