IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-916-TNO |
| | ) |
| THOMAS P. GORDON, individually; | ) |
| SHERRY FREEBERY, individually; | ) |
| CHRISTOPHER A. COONS, in his official | ) |
| capacity as County Executive; DAVID W. | ) |
| SINGLETON, in his official capacity as | ) |
| Chief Administrative Officer; and NEW | ) |
| CASTLE COUNTY, | ) |
| | ) |
| Defendants. | ) |

### ORDER TO REVISE BRIEFING SCHEDULE

WHEREAS, Defendants wish to file a Motion to Dismiss;

Subject to approval by this Court, Plaintiff Thomas S. Neuberger, and Defendants, Thomas P. Gordon, Sherry L. Freebery, Christopher A. Coons, David W. Singleton, and New Castle County, by and through their respective undersigned counsel, hereby stipulate and agree to the following:

1. The Briefing Schedule for Defendants' Motion to Dismiss, shall be revised as follows:

   - Defendants' Motion and Opening Brief shall be filed on or before Friday, March 21, 2008;
   - Plaintiff's Answering Brief shall be filed on or before Friday, April 25, 2008; and
   - Defendants' Reply Brief shall be filed on or before Friday, May 9, 2008.

IT IS SO STIPULATED.

| LAW OFFICE OF JOHN M. LAROSA | CHARLES E. BUTLER, ESQUIRE |
|---|---|
| /s/ *John M. LaRosa* | /s/ *Charles E. Butler* |
| John M. LaRosa, Esquire (Bar I.D. 4275)<br>Two East 7th Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-1290<br>Facsimile: (302) 655-9329<br>E-mail: jlr@larosalaw.com | Charles E. Butler, Esquire (Bar I.D. 2349)<br>1224 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-4100<br>Facsimile: (302) 655-4212<br>E-mail: ceb@cebutler.com<br>*Attorneys for Defendants Sherry Freebery and Thomas P. Gordon* |
| and | and |
| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Stephen J. Neuberger* | /s/ *Margaret M. DiBianca* |
| Thomas S. Neuberger, Esquire (Bar I.D. 243)<br>Stephen J. Neuberger, Esquire (Bar I.D. 4440)<br>Two East Seventh Street, Suite 302<br>Wilmington, DE 19801<br>Telephone: (302) 655-0582<br>E-mail: °TSN@NeubergerLaw.com;<br>SJN@NeubergerLaw.com | Barry M. Willoughby (Bar I.D. 1016)<br>Margaret M. DiBianca (Bar I.D. 4539)<br>The Brandywine Building<br>1000 West Street, P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone: (302) 571-5008<br>Facsimile: (302) 576-3476<br>E-mail: mdibianca@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant New Castle County* |

Dated: 1/18/08

IT IS SO ORDERED this ___18___ day of ___Jan.___, 2008.

_____
THE HONORABLE THOMAS N. O'NEILL, JR.
UNITED STATES DISTRICT JUDGE