# LAW OFFICE
## OF
### JOHN M. LaROSA
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

Phone: (302) 888-1290  
Fax:   (302) 655-9329

Licensed in DE, PA, and NJ  
Internet: www.LaRosaLaw.com

January 23, 2008

**VIA CM/ECF AND U.S. MAIL**
Clerk of Court
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE:   Neuberger v. Gordon, et al., Civil Action No. 05-916 TNO (D.Del.)
      **My E-mail Address for CM/ECF Filings**

Dear Clerk:

I entered my appearance as lead attorney for Plaintiff Thomas S. Neuberger in the above captioned action on December 4, 2007 (D.I. 16). Please add my e-mail address to the service list so that I may receive electronic copies of all CM/ECF filings in this case. My e-mail address is as follows:

JLR@LaRosaLaw.com .

Thank you for your attention to this matter.

Respectfully submitted,

/s/ John M. LaRosa

Attorney for Plaintiff

cc:   Charles E. Butler, Esquire (via CM/ECF)
      Barry M. Willoughby, Esquire (via CM/ECF)
      Margaret M. DiBianca, Esquire (via CM/ECF)
      Stephen J. Neuberger, Esquire (via CM/ECF)
      Thomas S. Neuberger, Esquire (via CM/ECF)