IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-916-TNO |
| | ) |
| THOMAS P. GORDON, individually; SHERRY FREEBERY, individually; CHRISTOPHER A. COONS, in his official capacity as County Executive; DAVID W. SINGLETON, in his official capacity as Chief Administrative Officer; and NEW CASTLE COUNTY, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS COONS, SINGLETON AND NEW CASTLE
COUNTY'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure Defendants Christopher A. Coons, David W. Singleton, and New Castle County move to dismiss Plaintiff's Complaint in its entirety. The reasons for this request are set forth more fully in Defendants' Opening Brief in Support of Their Motion to Dismiss, filed contemporaneously with this Motion.

Respectfully submitted,

*/s/ Barry Willoughby*
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
E-mail: bwilloughby@ycst.com; mdibianca@ycst.com
*Attorneys for Defendants New Castle County and Christopher A. Coons and David W. Singleton, in their official capacities*

Dated: March 24, 2008