# EXHIBIT 1

# News Journal

Estimated printed pages: 6

January 11, 2004
Section: News
Page: 1, 16A

## NCCo police recruits ordered to campaign, ex-officer testifies
CRIS BARRISH
Staff
NJ

By CRIS BARRISH, Staff reporter

A former New Castle County police officer has testified that superiors ordered his police academy class to work on political campaigns in their free time, the third accusation in recent months that county employees were forced to help candidates.

Teryl O. Carlisle, who is now a Delaware state trooper, testified last year in a deposition in a discrimination lawsuit that county police Capt. Janet K. Smith and Sgt. Bruce D. Taylor demanded in 1994 that recruits sign up to help one of several candidates who county police were supporting. Carlisle's deposition was taken in June and filed in court in December.

Taylor, now a county police lieutenant, would not comment. Smith, now an executive assistant in the county executive's office, said she asked recruits to sign a volunteer list to help candidates the county police union supported that year. She said no one was forced.

Carlisle testified that after he complained, Taylor screamed at the recruit class to sign the list, saying, "You don't understand the pressure that's coming down on from me from up top on this."

Carlisle also said then-county police Maj. Sherry L. Freebery berated him for objecting to campaign work and said, "Who are you to judge what's ethical and non-ethical? You are just a recruit."

County Executive Tom Gordon was police chief in 1994. Freebery, who succeeded Gordon as chief, is now Gordon's chief administrative officer. Gordon and Freebery would not comment. Later in the deposition, Carlisle said Freebery and Gordon never personally directed him to work on campaigns.

A county law enacted in 1998, four years after the alleged pressure on the recruit class, mandates that employees be "protected against coercion for partisan political purposes" and prohibits officials from using their authority "for the purpose of interfering with or affecting the result of an election." Recruits are paid during their six months in the police academy, which they must pass to become an officer.

Another member of Carlisle's recruit class who is now an FBI agent in New York City also said recruits were ordered to do campaign work. "It was kind of like we didn't have a say-so," FBI Special Agent Lisa M. Lancaster said in an interview. "They said it was volunteer but if you didn't volunteer it was like you are going to hear it."

Most members of the 40-person police academy still work for the county police department, and spokesman Cpl. Trinidad Navarro said they would not comment. Others in the class could not be reached or would not comment.

Lancaster said she opposed the campaign work because she lived in Dover and did not want to drive to northern Delaware on her day off. But she said she agreed to help out, thinking she had no choice, and passed out brochures at homes in the Minquadale area.

Ex-chief pleads guilty

Carlisle's allegations are similar to others being investigated by a federal grand jury looking into possible fraud and abuse in county government.

Former police chief John L. Cunningham Jr. pleaded guilty in Superior Court last month to conspiracy to commit official misconduct for pressuring officers to campaign for two County Council candidates in 2002, allegedly on orders from Freebery.

Freebery has said Cunningham's allegation was false. She said she told department managers that she was looking for campaign help for Richard Tansey and to inform her if anyone wanted to volunteer.

Two former aides, Lynda R. Maloney and Maria A. Rendina, have claimed in a lawsuit that Gordon and Freebery forced workers to operate a campaign phone bank in 2002 at Freebery's former home in Hockessin.

Cunningham, Maloney and Rendina are cooperating with the federal investigation. Carlisle, 32, of Rehoboth Beach, said he has told an FBI agent working on the investigation that he was forced to campaign. Carlisle resigned from the county police in 1996 and joined the state police in 1998.

Gordon and Freebery have said no laws were broken in 2002 by having employees work on the phone bank in support of council candidates Tansey and Patty Powell and by asking county employees to help with campaigns.

Although the FBI has said in court papers that county and state law forbid government officials working on political campaigns during working hours, Freebery and Gordon said that assigning the workers was legal because they were appointees who are exempt from county rules barring political work on taxpayer time.

Powell and Tansey won their elections.

Ordered to campaign

Carlisle made his allegation about being pressured to work on campaigns in June 2003, when he was questioned by an attorney representing Freebery, Cunningham and the county in a discrimination lawsuit by two Hispanic county police officers.

The deposition was one of several filed in the court case last month by the officers' attorney, Thomas R. Neuberger.

During the deposition, Carlisle said he was treated unfairly by police administrators because he was a "thorn in their side during the whole election" in 1994.

Smith, then a police captain, wanted recruits to sign a "volunteer sheet" to pass out leaflets or make phone calls one weekend, and on Election Day, according to the depositions. Carlisle said Smith told recruits, "Everybody had to sign up to volunteer."

Smith said she asked cadets to volunteer during their free time because she was on the county police union's legislative committee. "We were looking for people to help out," Smith said. "I didn't order them."

Carlisle testified that he initially refused to sign the volunteer sheet, but later did so because he said he felt further pressure from Taylor. He said he suspected the campaigning was unethical or illegal in part because Smith instructed recruits not to wear clothing with the county emblem, take police identification cards, or say they worked for the county police or government.

He said other recruits shared his concerns. "They didn't like it but they ... didn't want to risk careers or anything over it or make anybody upset," he said in the deposition.

Carlisle testified that on Election Day in 1994, he went to a school near New Castle and "handed out stuff ... while people were going into the polls." But Carlisle testified he wore "my county police sweat shirt and I told everybody that I was a county police recruit, because I was irate at this."

'You are just a recruit'

After the election, Carlisle testified, he complained about the political pressure to Carl B. Klockars Jr., a University of Delaware criminal justice professor who had become a mentor. Klockars died in August 2003, several weeks after Carlisle gave his deposition.

Carlisle testified that days afterward, recruits were asked to fill out a form that asked, among other questions, whether they had spoken to outsiders about "stuff that goes on inside the department."

Carlisle answered no. "I lied because I was scared," he testified.

He said Smith and Freebery subsequently pulled him out of class and took him to an empty classroom. Freebery "just laid into me, screaming, yelling," Carlisle said. He testified she told him: " 'How dare you do this? Who are you to judge what's ethical and non-ethical? You are just a recruit. You have no business. What kind of loyalty is this?' "

After a further exchange, Carlisle testified, he "broke out sobbing" and then Freebery put her arm around him. "We care about you," he recalled Freebery saying. "We don't want to see anything happen to you." Smith said she did not recall that meeting. "I just don't know," she said.

Internal affairs inquiry

That weekend, Carlisle testified, internal affairs investigators interrogated him at county police headquarters. Carlisle said he was told he was being investigated for criticizing the department.

The interrogation lasted eight hours, Carlisle testified, and ended when he confessed to speaking to Klockars. He said investigators walked him to Gordon's office, where the chief and Freebery were waiting.

"Sherry was like, 'We knew you were doing this,' " Carlisle testified.

He said Freebery hugged him once again, and accused Klockars of acting on behalf of the state police because he was their ally. Carlisle said in the deposition he believed that top county police officials thought Klockars was an ally of the state police because "he has friends that are troopers."

Carlisle said Freebery told him, "The state is out to get us ... and you are just being used as a pawn. 'She said they were going to drop the charges. I was not going to be disciplined.' "

George H. Williamson, a retired county police lieutenant, said he and another officer conducted the internal affairs inquiry in 1994 after Klockars complained to the county that cadets were being forced to campaign.

He said Smith was given a written reprimand after she said she would take responsibility if any recruits misinterpreted her request as a demand. Williamson said he told the federal grand jury about his inquiry.

Smith and county police officials would not comment on Williamson's statements about a reprimand. Williamson said in a recent interview that Smith surprised him when she took the blame.

She said anything Taylor or other officers had done had been at her request, Williamson said. "She said, 'It wasn't Tom and Sherry. It was me.' She threw her body on a bomb about ready to explode."

Staff reporter Charlotte Hale contributed to this article. Reach Cris Barrish at 324-2785 or cbarrish@delawareonline.com.

Photo Caption:

Sherry L. Freebery is accused of berating a recruit for objecting to campaign work when she was a county police major.

Copyright (c) The News Journal. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.

# EXHIBIT 2

Middletown Transcript, Thursday, January 15, 2004 **Page 11B**

# Reporter Caught Intentionally Misleading Citizens (Three Statements Corrected)

NEW CASTLE COUNTY– This dissemination of facts is issued by New Castle County, Office of the County Executive. The purpose is to correct misrepresentations and sensationalism sought by a local attorney who filed suit against New Castle County in July, 2002 and three times motions of dismissal of this suit. To avoid further inaccuracies in reporting, the following facts are issued directly by New Castle County.

1. July, 2002. Plaintiffs Hernandez and Regan hired attorney Neuberger and sued New Castle County, Colonel Cunningham, and Chief Administrative Officer Sherry Freebery for discrimination. Federal District Court then sealed all deposition testimony and records about personnel, discipline, complaints, investigations, activities and others.

2. New Castle County has motions pending to dismiss CAO Freebery from the lawsuit because of her non-involvement in the internal operations of New Castle County Police Department after Col. Cunningham became Chief in 1997.

3. December, 2003: Neuberger released excerpts of deposition testimony from disgruntled, former County employees, in violation of court order. New Castle County files suit for sanctions against Neuberger.

4. Reporters file damaging stories based only upon disgruntled persons' statements (12/25/03, Community News; 1/11/04, News Journal), as distributed by Neuberger. A protective order, signed by a federal court judge, severely restricts County responses to Press. County employees had not read nor received anyone's deposition, in keeping with the court order of confidentiality.

5. In order to give accurate facts on behalf of New Castle County, County Executive Thomas P. Gordon spoke to News Journal reporter, Cris Barrish; Mr. Gordon's statements are excluded from the front page story of the News Journal. New Castle County responds directly to readers with the facts.

# FACTS:

**A.** In 1994, members of the F.O.P. (police union) were politically active; the F.O.P. President was even running for elected office. In 1994, Lt. Smith was a Legislative Committee member of the Fraternal Order of Police (F.O.P.), when she asked for volunteers to hand out literature on Election Day for candidates favored by the F.O.P. In 1994, Cpl. Francis Swift was a candidate for office for a State Representative seat. Cpl. Swift ran against, and lost, to the incumbent Roger Roy (4753 Roy; 1819 Swift). Cpl. Swift was President of the F.O.P. from 1992-1996. Thus, F.O.P. President Swift was a candidate for office (1994), when the F.O.P. Legislative Committee (of which Smith was a member) was actively recruiting volunteers for Election Day.

**B.** Ten years ago, in 1994, Teryl Carlisle was a police recruit who volunteered on Election Day to support F.O.P. candidates. Upon graduation, Carlisle began a probationary period, marred by concerns of excessive use of force and inappropriate conduct. As a result of his conduct, Carlisle was faced with the predicament of resigning or being terminated—by then-Colonel Sherry Freebery. Carlisle resigned and joined the Delaware State Police, where he is currently on long-term suspension.

**C.** In 1994, the entire "academy volunteer" situation was fully investigated, and appropriate discipline administered. George Williamson was one of the investigators involved in the recommendation for discipline of the responsible persons. In 2001, retired George Williamson filed suit against New Castle County to obtain increased pension benefits. On 2/20/03, he lost in court; he then attempted the political route to pressure for the increase. Having failed twice, he became bitter and disgruntled. Now, Williamson's statements of memory regarding the 1994 academy situation are completely different from those in 1994, all of which were documented.

**D.** Mr. Carlisle's statements are inaccurate and untrue.* There is much, much, much more about Carlisle which New Castle County is obligated to keep confidential at this time. One non-confidential example of Mr. Carlisle: a fellow police recruit recalls, in the 1994 academy, the day Carlisle related his experience when appointed to a military academy. Carlisle said he lied to fake injuries to get out of PT (physical training).
*Statements of Academy peers refute Carlisle.

**D1.** January 12, 2004. FBI Special Agent Lisa M. Lancaster read Barrish's report of her statements and adamantly asserts that they are incorrect. No one in her academy was ever ordered to volunteer for Election Day. Agent Lancaster has filed a written statement which attests to Barrish's willful inaccuracies. (See letter above)

**D2.** Lt. Taylor states he never refused to comment to Barrish. In fact, he states Barrish's report is completely incorrect. Lt. Smith never even came to the academy about volunteers on Election Day.

**E.** Mr. Williamson's statements are not true. He has never received his desired pension increase.

**F.** New Castle County has asked for expedited review for sanctions against attorney, Neuberger, for causing the republication of lies and inaccuracies, in direct contradiction to a Federal court's order of confidentiality. New Castle County is reviewing the appropriate legal remedies for the damage done to County employees from such publication.

**G.** State law Delaware Title 11, §9200 specifically authorizes police officers to engage in political activity when not in uniform, when not acting in an official capacity, when not on duty.

Official release from Office of County Executive. Space paid for by Thomas P. Gordon and Sherry L. Freebery.

# EXHIBIT 3

# Query

**Search Clues**

Case Number [ ]

*or search by*

Case Status:  ○ Open   ○ Closed   ○ All

Filed Date [ ] to [ ]

Last Entry Date [ ] to [ ]

Nature of Suit [ 0 (zero) / 110 (Insurance) / 120 (Contract: Marine) ]

*or search by*

Case Status:  ○ Open   ○ Closed   ○ All

Last/Business Name [Neuberger]   (Examples: Desoto, Des*t)

First Name [Thomas]   Middle Name [ ]

Type [ ]

[Run Query]   [Clear]

# Select A Person

There were 2 matching persons.

Neuberger, Thomas S.   (aty)

Neuberger, Thomas S.   (pty)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/24/2008 13:52:55 | | | |
| PACER Login: | yc0001 | Client Code: | 045581.1053 dcole |
| Description: | Search | Search Criteria: | Last Name: Neuberger First Name: Thomas |
| Billable Pages: | 1 | Cost: | 0.08 |

| Case Number | Case Name | Filed | Closed |
|---|---|---|---|
| 1:04-cv-00089-JJF | Pratta v. American General | filed 02/09/04 | closed 09/13/06 |
| 1:04-cv-00106-JJF | Davis v. Chaffinch, et al | filed 02/20/04 | closed 09/24/04 |
| 1:04-cv-00181-SLR | Riley v. Hilton Hotels Corp., et al | filed 03/25/04 | closed 10/17/05 |
| 1:04-cv-00285-KAJ | Farrell v. Astrazeneca Pharm LP | filed 05/05/04 | closed 01/13/06 |
| 1:04-cv-00828-JJF | Holick v. Oppenheimer Group | filed 07/07/04 | closed 03/16/06 |
| 1:04-cv-00956-GMS | Price, et al v. Chaffinch, et al | filed 08/19/04 | closed 11/14/07 |
| 1:04-cv-01201-MPT | Riddell v. Gordon, et al | filed 08/27/04 | |
| 1:04-cv-01207-GMS | Foraker v. Chaffinch, et al | filed 08/30/04 | closed 10/11/06 |
| 1:04-cv-01211-MPT | Tobin v. Gordon, et al | filed 09/02/04 | |
| 1:04-cv-01304-KAJ | Equal Employment v. PT Morgan Paper Co. | filed 09/28/04 | closed 03/29/06 |
| 1:04-cv-01453-JJF | Adkins v. Rumsfeld, et al | filed 11/18/04 | closed 12/04/07 |
| 1:04-cv-01568-MPT | Jamison v. Gordon, et al | filed 12/30/04 | |
| 1:05-cv-00120-JJF | Dobrich et al v. Walls et al | filed 02/28/05 | |
| 1:05-cv-00175-GMS | Wheatley v. I.G. Burton & Company, Inc. | filed 03/22/05 | closed 04/27/06 |
| 1:05-cv-00445-GMS | Hicks v. Clark et al | filed 06/29/05 | closed 10/31/06 |
| 1:05-cv-00708-GMS | Moss v. Chaffinch et al | filed 09/29/05 | closed 08/28/06 |
| 1:05-cv-00796-SLR | Whitwell v. Archmere Academy Inc. et al | filed 11/17/05 | closed 11/21/07 |
| 1:05-cv-00891-SLR | Blozis v. Mellon Trust of Delaware et al | filed 12/27/05 | closed 08/16/07 |
| 1:06-cv-00256-SLR | Dietz v. Baker et al | filed 04/20/06 | closed 01/24/08 |
| 1:06-cv-00312-SLR | Ryan v. Plummer et al | filed 05/11/06 | closed 07/25/06 |
| 1:06-cv-00478-JJF | Shockley v. Minner et al | filed 08/04/06 | |
| 1:06-cv-00497-SLR | Justice v. Taylor et al | filed 08/11/06 | |
| 1:06-cv-00592-JJF | Balas v. Taylor et al | filed 09/25/06 | |
| 1:06-cv-00691-MPT | Campbell v. Mackert et al | filed 11/14/06 | |
| 1:06-cv-00767-SLR | Glace et al v. Internal Medicine of Bridgeville et al | filed 12/15/06 | closed 02/20/08 |
| 1:07-cv-00071-MPT | Jackson v. Ursuline Academy of Wilmington Delaware Inc. | filed 02/08/07 | closed 02/14/08 |
| 1:07-cv-00166-GMS | Hale et al v. Brown et al | filed 03/23/07 | |
| 1:07-cv-00435-SLR | Quill v. Catholic Diocese of Wilmington Inc. et al | filed 07/12/07 | closed 03/05/08 |
| 1:07-cv-00652-GMS | Pope v. Swanson et al | filed 10/18/07 | |

# EXHIBIT 4

# News Journal

Estimated printed pages: 10

January 2, 2005
Section: News
Page: A1, A6

### Brazen lawyer battles for 'little guy'
*Neuberger not afraid of government officials*
MARY ALLEN
NJ

By MARY ALLEN

The News Journal

That uproar you're hearing in Delaware police and political circles is what happens lately when lawyer Thomas Neuberger sinks his teeth into a civil rights case he thinks he can win.

The sexual harassment lawsuit that got state police Col. L. Aaron Chaffinch put on administrative leave? He filed it.

The lawsuit against Gov. Ruth Ann Minner and others by a state police captain who claimed he was denied a promotion because he supported her opponent, the one that was settled the same day Minner was to give a deposition? Neuberger's.

The two former secretaries whose lawsuit disclosed they wore wires during the investigation of New Castle County Executive Tom Gordon and aide Sherry Freebery? Neuberger's clients.

Neuberger lately is at the center of nearly every headline-grabbing case coming out of federal court in Wilmington.

But as he battles for his clients, Neuberger is also battling for his health: Doctors discovered a tumor between his brain and skull last year.

Though it has grown dramatically, the gravity of his allegations and several big wins keep him working far more hours than his doctors and family would like.

Critics call him a bully, a zealot and a dangerous trendsetter who has taken aim at state and local government. Fans call him an ethical, principled fighter who is a rock in their nerve-racking world of litigation.

He was motivated to become a lawyer because he likes helping people who've been pushed around. He recalls watching his Italian maternal grandmother pay a Philadelphia attorney to help bring a relative from Italy to the United States. The lawyer collected, but did no work.

"The powerful people can say what they want. I'm going to stand up for the little guy," he said.

Whatever you think of him, Thomas Neuberger is affecting Delaware. Taxpayers have had to ante up more than $2 million to cover damages and legal fees in six of his high-profile cases against public agencies that either were settled or went to trial in the past 18 months. And they just keep coming. He has at least eight noteworthy lawsuits - all against public agencies or officials - pending. Six were filed this year.

Neuberger is bold. He marches into news conferences with new clients in tow, looks straight into the television cameras and wags his finger in stern, father-like lectures about the alleged misdeeds of the public officials he has just sued.

He is brazen. He has repeatedly called for state police Col. L. Aaron Chaffinch's job, saying Minner should fire him before Chaffinch costs state taxpayers even more money in court.

And he is busy. His office gets more than 250 calls a month from people who need a lawyer. The list of people he has sued recently includes U.S. Defense Secretary Donald Rumsfeld, the Rev. Michael A. Saltarelli, bishop of the Catholic diocese of Wilmington and, perhaps most frequently, Chaffinch.

Neuberger is not intimidated. This is a man who played a key role in the Rutherford Institute's legal work on behalf of Paula Jones, who filed a sexual discrimination and sexual harassment lawsuit against then-President Clinton. The case was making headlines at the time Clinton's dalliance with Monica Lewinsky threatened to topple his presidency.

"I know," Neuberger said, "how to play hardball."

A driven man

The 57-year-old son of Hungarian and Italian immigrants works from a modest office that is as subdued as his legal arguments are fiery. Water trickles softly out of a fountain. Classical music plays at low volume. There is a Bible on his desk. And another on a table.

Neuberger is devoutly religious. He and his wife, Judy, who dislikes the spotlight as much as her husband enjoys it, attend Wilmington First Assembly of God Church. Neuberger has said he had a personal encounter with Jesus while preparing to take the bar exam in 1974. He quotes the Old Testament prophet Isaiah when he talks about his career: "Seek justice, correct oppression."

Judy Neuberger met her husband when they were in the fifth grade. She did not want to be interviewed for this story. But her husband's message on a home answering machine says much about their humor as partners in a 36-year marriage.

"You've reached Judy's house," the lawyer's voice says. "Tom also lives here."

They raised two children: a doctor and a lawyer. Neuberger's faith and his family are his support right now, as he deals with a tumor called an acoustic neuroma. Doctors discovered it during a battery of tests in November 2003, performed after Neuberger experienced what he calls a "mini heart attack." The tumor is located near the end of his ear canal. He decided to wait and watch it.

Test results received in December showed the tumor has grown aggressively over the past year, although he hasn't experienced symptoms that would indicate trouble, such as loss of facial muscle control or noticeable hearing loss.

Neuberger is consulting with Philadelphia neurologists about a noninvasive treatment that would obliterate the tumor, which is believed to be noncancerous, with radiation.

Neuberger has reached out to his church family. The Rev. Timothy Satryan, senior pastor at Wilmington First Assembly of God, said he felt Neuberger asked for prayers not in desperation, but with a sense that a higher power would do what is right.

It's the thinking of a man who attends church each Sunday and participates enthusiastically, Satryan said. He's not just punching a spiritual time clock.

"Truthfully, he is trusting in the Lord with this," Satryan said. "I don't see him walking into this with fear or trepidation."

Neuberger has been under doctor's orders to cut back. On cases. On stress. In the past year, he said, he has shaved about five hours off his usual 65- to 70-hour workweek. He and Judy have taken a few driving vacations, since he prefers not to fly after the 9/11 attacks.

"I'm not into trusting the federal government," he said.

Neuberger also tilled half his Wilmington back yard and took up gardening. The geraniums on his office windowsill were started there.

Just beyond the greenery is the door to law partner Stephen J. Neuberger's office. His 26-year-old son joined the Delaware bar last December. The office name changed to The Neuberger Firm in February. Stephen Neuberger won his first case as a lawyer alongside his dad.

They proved state police used an illegal quota system and denied their clients, two white male corporals, promotions to sergeant because of their race. Cost to taxpayers: $550,000.

"I think he really believes in the cases he does," said Sgt. Jeffrey Giles, one of the winning troopers.

Neuberger said he tells clients they never have better than a 50 percent shot at winning, no matter how good it might look. And he tells them to lean on their families, their pastors, their doctors or counselors through the uncertainty.

"We leaned on Tom. He's the rock," Giles said.

Outside court after the verdict in Giles' case, Neuberger called for Chaffinch's firing and legislative censure of Minner and her then-Safety and Homeland Security Secretary James L. Ford Jr.

"It really made me laugh," Stephen Neuberger said, recalling his father's tirade, "because I thought, I've been on the receiving end of that."

Stephen Neuberger, in fact, keeps a pair of green and yellow rubber earplugs in his desk drawer for when

his father gets animated with clients or on the phone.

Simple life

Although the cases are big, the Neuberger firm is not.

Besides father and son there is an office aide and a part-time high school student who answers phones. It is not unusual for a machine to pick up calls for lack of a free person to answer them.

Thomas Neuberger likens himself to David when he sizes up the Goliath defenses he faces. His most recent high-profile lawsuit, for example, came against Rumsfeld and Air Force officials on behalf of a Dover Air Force sergeant who maintains he was punished after speaking out against the military's anthrax vaccination program.

Forget the high-roller, deep-pocketed image of lawyers. Neuberger drives a Nissan Altima, only because he recently got rid of his 2001 Volkswagen Beetle. He and Judy live in the home in Wilmington's Little Italy that they bought in 1974, the year Neuberger got his degree from Georgetown University Law Center.

In 1999, Neuberger did $350,000 worth of work representing former Wilmington police officer Christopher Gibson, who claimed former police Chief Michael A. Boykin used a minor rules violation as an excuse to fire him in 1999. He took the case on contingency basis, lost after an eight-day trial and lost on appeal. He was paid nothing.

"You don't get rich doing civil rights work," he said.

But he is a rich study in conflicts.

Neuberger is a Republican who voted for Democrat John Kerry in November and Democrat Al Gore in 2000.

He has repeatedly spoken out against Minner and her personnel choices, but campaign finance reports show he gave no money to the political opponents she defeated this November.

He is opposed to abortion, but he took the case of a fired Ursuline Academy teacher who lost her job after she publicly acknowledged her support for abortion rights. A judge recently threw out that lawsuit; Neuberger has appealed.

He is a proud graduate of Salesianum School. A year ago, however, he sued the school on behalf of a 36-year-old Wilmington man who claims a former Salesianum principal sexually molested him over a nine-year period.

That case - on behalf of Eric Eden - comes to mind when Stephen Neuberger talks about ways his father is misunderstood.

Thomas Neuberger had just experienced the heart problem late last year, been given the brain tumor diagnosis and orders to cut back when Eden approached him about his case. Court deadlines required it to be filed by early January.

Neuberger spent Christmas writing a lawsuit.

"Tom has a heart. Most people don't get that. Tom actually cares," Stephen Neuberger said.

Neuberger explains the Eden case this way: "It's like the story of the Good Samaritan. You can't walk away from somebody like that who needs you."

Some don't see a halo over Neuberger's head, however.

"To say Mr. Neuberger is ethically challenged is phrasing it charitably," David B. Mitchell, Ford's successor as safety and homeland security secretary, said in November, his emotions running high after Neuberger filed court documents suggesting Mitchell was trying to subvert court rules. "Tom Neuberger is a bully and I'm not going to be bullied."

Sen. Thurman Adams Jr., D-Bridgeville, who as Senate president pro tem is perhaps the General Assembly's most powerful politician, says "overzealous" is an understatement for Neuberger. He is concerned the attorney has become the go-to guy for state officials, particularly troopers, who get passed over for promotions and want to make federal cases out of it.

"The trend he's started, it won't matter who the colonel is," Adams said. "Every time you promote someone, somebody's going to be left out."

Mitchell, the colonel's immediate boss, has said he thinks Neuberger is making a spectacle of the legal profession. But John Whitehead sees Neuberger as a credit.

"He's a great example for other lawyers to follow," said Whitehead, president of The Rutherford Institute, a conservative Virginia-based civil rights organization known for defending religious freedoms. Whitehead said he knows thousands of lawyers nationwide but chose Neuberger as his own lawyer.

"There's no way anybody on the other side is going to talk him into anything. Even his friends can't," Whitehead said. He himself has failed to impart his enthusiasm for regular, vigorous exercise to Neuberger even in the face of Neuberger's heart scare.

Neuberger's roots with the Rutherford Institute go back to its founding in 1982, when he served as general counsel for the organization's first five years. He is still an affiliate attorney.

He dabbled in politics once, too, opposing now-U.S. Sen. Tom Carper, D-Del., in the 1986 race for Delaware's lone U.S. House seat. Carper beat him by a two-to-one margin. That's about the time Neuberger met Charles M. Oberly, who was seeking re-election as Delaware's attorney general.

The men are "pretty far apart" on lots of political issues, Oberly said, and they've had spirited conversations about their differences. But Oberly has the distinction of being the only candidate whose political sign Neuberger has ever allowed in his yard.

"You cannot take on establishments without causing people to get upset," Oberly said. He admires Neuberger's willingness to do that for his causes.

John Flaherty, lobbyist for the government watchdog group Common Cause of Delaware, has a similar respect for Neuberger.

"I think we need more Tom Neubergers," he said.

The future

As busy as he is, Neuberger and his son lunch together almost daily. They'll pick a restaurant and go there for weeks before they move on to a new place. Lately, it's Iron Hill Brewery on the Wilmington Riverfront.

"I learn more at those lunches than anything," Stephen Neuberger said.

He seizes on them as an opportunity to pick his father's brain, bouncing theories and questions off of a master. He said he "made peace" with his situation long ago. "I will never be the lawyer my father is," he said.

Stephen Neuberger says he feels no pressure to prematurely carry the Neuberger torch into the next generation, given his father's health situation.

Thomas Neuberger said he intends to keep working for decades but he admits to trying to share 30 years of wisdom and experience with his son as quickly as possible since his diagnoses.

"I'm putting him through the ropes," his father said.

But the one thing that drives Neuberger can't be taught, and it appears to be in the blood of both men. Each says the work is simply about helping the small and in need stand up to the powerful. It's a calling as much as a profession. It's not something you ever quit.

"I fully expect to be working until I'm 80," the father said, musing about the family firm. "And someday I'll be carrying his bag and doing research for him."

Contact Mary Allen at 324-2794

or mallen@delawareonline.com.

THOMAS NEUBERGER

Age: 57 Residence: Wilmington

Profeasion: Lawyer

Education: Salesianum School; bachelor's degree from St. Joseph's University in Philadelphia; master's degree from University of Delaware; law degree from Georgetown University

Law Center in Washington

Career: Worked

for Bader, Dorsey & Kreshtool in Wilmington before opening what is now The Neuberger Firm

Public service: Ran for U.S. House of

Representatives in 1986

Some cases in Thomas Neuberger's 30-year law career

1975: Represented the Delaware chapter of the American Civil Liberties Union in a Delaware Supreme Court case that struck down the University of Delaware's ban on religious worship in dormitory common rooms.

1977: Successfully sued on behalf of four Mount Pleasant High School girls sports team coaches who challenged a system that paid male coaches more.

1994: Sued and won an injunction against the World Cup soccer tournament. A judge told the organization it couldn't force a fan to take down his sign that said "Free Bosnia."

1995: Represented Liberty University in getting the National Collegiate Athletic Association to back down on a rule that penalized football players who knelt to pray after scoring touchdowns.

1997: Successfully sued the Cincinnati Reds baseball team, which tried to prevent a fan, the Rev. Guy Aubrey, from displaying a placard that cited the Bible verse John 3:16. Copies of the settlement checks are on his office wall.

1997: Won a case that went all the way to the U.S. Supreme Court, in which a jury awarded $48,000 to Barbara Sheridan, who once had been head captain at the Hotel du Pont's Green Room restaurant. The jury found the hotel forced her out of her job because she was a woman, and the high court denied the company's bid for a new trial.

1998: For the Rutherford Institute, fought off attempts by lawyers for President Clinton to learn the names of donors to Paula Jones' legal fund and scrutinize the institute's tax-exempt status. Jones had filed a sexual harassment and sexual

discrimination lawsuit against Clinton.

2003: Sued New Castle County Executive Tom Gordon and aide Sherry Freebery on behalf of sisters Lynda Maloney and Maria Rendina. The lawsuit disclosed the women had worn hidden microphones in a federal investigation that led to racketeering, mail fraud

and wire fraud charges against Gordon and Freebery.

2004: Won $998,000 for Dr. David Springer, when a federal jury found he lost his work contract at the Delaware Psychiatric Center after speaking out about problems with patient care.

2004: A judge dismissed a lawsuit Neuberger filed on behalf of Michele Curay-Cramer, the former Ursuline Academy teacher who was fired after she signed her name to a newspaper advertisement supporting abortion rights.

2004: Settled retired state police Capt.

Greg Warren's federal lawsuit for $136,263 with Gov. Ruth Ann Minner, state police, Col. L. Aaron Chaffinch and the Department of Safety and Homeland Security the day Minner was to give a deposition in the case.

2004: Filed a sexual harassment lawsuit for state police Capt. Barbara L. Conley against state police, Chaffinch, Lt. Col. Thomas F. MacLeish, Public Safety and Homeland Security Secretary David B. Mitchell and his department. Mitchell put Chaffinch on administrative leave the day the lawsuit was filed; MacLeish is temporarily in command.

Copyright (c) The News Journal. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.