IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-916-TNO |
| | ) |
| THOMAS P. GORDON, individually; | ) |
| SHERRY FREEBERY, individually; | ) |
| CHRISTOPHER A. COONS, in his official | ) |
| capacity as County Executive; DAVID W. | ) |
| SINGLETON, in his official capacity as | ) |
| Chief Administrative Officer; and NEW | ) |
| CASTLE COUNTY, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS GORDON AND
## FREEBERY'S MOTION TO DISMISS

Pursuant to the doctrine of qualified immunity, Defendants Thomas P. Gordon and Sherry Freebery move to dismiss Plaintiff's Complaint in its entirety. The reasons for this request are set forth more fully in Defendants' Opening Brief in Support of Their Motion to Dismiss, filed contemporaneously with this Motion.

CHARLES E. BUTLER, ESQUIRE

*/s/ Charles E. Butler*
Charles E. Butler, Esquire (Bar I.D. 2349)
1224 North King Street
Wilmington, Delaware 19801
Telephone: (302) 655-4100
Facsimile: (302) 655-4212
E-mail: ceb@cebutler.com

*Attorneys for Defendants Thomas P. Gordon and Sherry Freebery*

Dated: March 24, 2008