IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. NEUBERGER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 05-916 TNO |
| | : | |
| THOMAS P. GORDON, individually; SHERRY L. FREEBERY, individually; CHRISTOPHER A. COONS, in his official capacity as County Executive; DAVID W. SINGLETON, in his official capacity as Chief Administrative Officer; and NEW CASTLE COUNTY, a municipal corporation, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER GRANTING LEAVE TO EXCEED THE
BRIEFING PAGE LIMITS OF LOCAL RULE 7.1.3(a)(4)**

WHEREAS, on March 24, 2008, Defendants Coons, Singleton and New Castle County filed a Motion to Dismiss and an Opening Brief in Support of Their Motion to Dismiss, and Defendants Gordon and Freebery also filed a separate Motion to Dismiss and a separate Opening Brief in Support of Their Motion to Dismiss;

WHEREAS, pursuant to D.Del. LR 7.1.3(a)(4), in response to Defendants' two motions and two briefs, Plaintiff now has the right to file two Answering Briefs, each of 40 pages in length, for a total of 80 pages in responsive briefing;

Subject to approval by this Court, Plaintiff Thomas S. Neuberger and Defendants Thomas P. Gordon; Sherry L. Freebery; Christopher A. Coons; David W. Singleton and New Castle County, by and through their respective undersigned counsel, hereby stipulate and agree to the following:

1. In response to Defendants' two motions and two briefs, Plaintiff may file one Answering Brief not to exceed 80 pages in length.

2. All other briefing page limits shall remain in full force and effect.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **LAW OFFICE OF JOHN M. LaROSA** | **CHARLES E. BUTLER, ESQUIRE** |
| /s/ John M. LaRosa | /s/ Charles E. Butler |
| **JOHN M. LaROSA, ESQ.** | **CHARLES E. BUTLER, ESQ.** |
| Delaware Bar No. 4275 | Delaware Bar No. 2349 |
| Two East 7th Street | 1224 North King Street |
| Suite 302 | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 655-4100 |
| (302) 888-1290 | ceb@cebutler.com |
| JLR@LaRosaLaw.com | |
| | |
| **THE NEUBERGER FIRM, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| **STEPHEN J. NEUBERGER, ESQ.** | /s/ Barry M. Willoughby |
| Delaware Bar No. 4440 | **BARRY M. WILLOUGHBY, ESQ.** |
| The Brandywine Building, 17th Floor | Delaware Bar No. 1016 |
| Two East Seventh Street | **MARGARET M. DiBIANCA, ESQ.** |
| Suite 302 | Delaware Bar No. 4539 |
| Wilmington, Delaware 19801 | 1000 West Street |
| (302) 655-0582 | Wilmington, DE 19801 |
| SJN@NeubergerLaw.com | (302) 571-6666 |
| | bwilloughby@ycst.com |
| | mdbianca@ycst.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| | |
| Dated:  April 18, 2008 | Dated:  April 18, 2008 |

**IT IS SO ORDERED** this ___th day of _____, 200__.

_____
**THE HONORABLE THOMAS N. O'NEILL, JR.**
**UNITED STATES DISTRICT JUDGE**