# Tab C

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:02–cv–01283–MPT

Reyes, et al v. Freeberry, et al

Assigned to: Judge Mary Pat Thynge

Demand: $0

Related Case:  1:05–cv–00916–TNO

Case in other court:  04–03400

Cause: 42:2000 Job Discrimination (Race)

Date Filed: 07/10/2002

Jury Demand: Both

Nature of Suit: 442 Civil Rights: Jobs

Jurisdiction: Federal Question

**Plaintiff**

**Sergeant Jack Reyes**                    represented by    **Martin Duane Haverly**
Martin D. Haverly, Esq.
Two East 7th Street
Suite 201
Wilmington, DE 19801
(302) 654–2255
Fax: (302) 654–0175
Email: martin@haverlylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Neuberger**
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655–0582
Email: SJN@NeubergerLaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas S. Neuberger**
The Neuberger Firm, P.A.
2 East 7th Street
Suite 302
Wilmington, DE 19801
(302) 655–0582
Email: tsn@neubergerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergeant Jose Antonio Hernandez**        represented by    **Martin Duane Haverly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J. Neuberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas S. Neuberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Sherry Freeberry** | represented by | **Mark R. Owens** |

Barnes &Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236–1313
Fax: (317) 231–7433
Email: mowens@btlaw.com
*TERMINATED: 01/10/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Duhig**
Buchanan Ingersoll &Rooney P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552–4200
Email: peter.duhig@bipc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William W. Bowser**
Young Conaway Stargatt &Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899–0391
(302) 571–6601
Fax: (302) 576–3282
Email: wbowser@ycst.com
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Colonel John L Cunningham** | represented by | **Mark R. Owens** |
| *both individually and in their official capacity* | | (See above for address) |

*TERMINATED: 01/10/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Duhig**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William W. Bowser**
(See above for address)
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **New Castle County** | represented by | **Mark R. Owens** |
| *a municipal corporation* | | (See above for address) |

*TERMINATED: 01/10/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Duhig**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**William W. Bowser**
(See above for address)
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2002 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 132660 (dab) (Entered: 07/10/2002) |
| 07/10/2002 | | DEMAND for jury trial by Jack Reyes, Jose Antonio Hernandez (dab) (Entered: 07/10/2002) |
| 07/10/2002 | | SUMMONS(ES) issued for Sherry Freeberry, John L Cunningham, New Castle County (dab) (Entered: 07/10/2002) |
| 07/17/2002 | 2 | CASE assigned to Judge Sue L. Robinson . Notice to all parties. (rjb) (Entered: 07/17/2002) |
| 07/17/2002 | 3 | RETURN OF SERVICE executed as to Sherry Freeberry 7/15/02 Answer due on 8/5/02 for Sherry Freeberry (dab) (Entered: 07/22/2002) |
| 07/17/2002 | 4 | RETURN OF SERVICE executed as to John L Cunningham 7/15/02 Answer due on 8/5/02 for John L Cunningham (dab) (Entered: 07/22/2002) |
| 07/17/2002 | 5 | RETURN OF SERVICE executed as to New Castle County, Thomas Gordon County Executive 7/15/02 Answer due on 8/5/02 for New Castle County, Thomas Gordon County Executive (dab) (Entered: 07/22/2002) |
| 07/26/2002 | 6 | AMENDED COMPLAINT by Jack Reyes, Jose Antonio Hernandez , amending [1−1] complaint (fmt) (Entered: 07/29/2002) |
| 07/29/2002 | 7 | NOTICE of attorney appearance for Sherry Freeberry, John L Cunningham, New Castle County by William W. Bowser (fmt) Modified on 07/30/2002 (Entered: 07/30/2002) |
| 07/31/2002 | 8 | CERTIFICATE OF SERVICE by Jack Reyes, Jose Antonio Hernandez re (1) self−executing disclosures; (2) 1st req. for prod of docs; (3) 1st set of interrogs (fmt) (Entered: 07/31/2002) |
| 08/08/2002 | 9 | MOTION by Sherry Freeberry, John L Cunningham, New Castle County with Proposed Order for Elizabeth A. Malloy to Appear Pro Hac Vice (rld) (Entered: 08/09/2002) |
| 08/08/2002 | 10 | MOTION by Sherry Freeberry, John L Cunningham, New Castle County with Proposed Order for Jessamyne M. Simon to Appear Pro Hac Vice (rld) Modified on 08/09/2002 (Entered: 08/09/2002) |
| 08/12/2002 | 11 | ORDER granting [10−1] motion for Jessamyne M. Simon to Appear Pro Hac Vice, granting [9−1] motion for Elizabeth A. Malloy to Appear Pro Hac Vice; in the future the parties shall submit one order for multiple admission motions ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 08/13/2002) |
| 09/04/2002 | 12 | ANSWER to Complaint by Sherry Freeberry, John L Cunningham, New Castle County; jury demand (fmt) (Entered: 09/05/2002) |
| 11/15/2002 | 13 | ORDER, set Tele−Scheduling Conference for 8:30 12/3/02 ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 11/15/2002) |
| 11/26/2002 | 14 | Letter to Judge Robinson from W. Bowser enclosing the proposed Scheduling Order in preparation for the Court's scheduling teleconf. at 8:30 am, 12/3/02; Mr. Neuberger is unavailable for the teleconf.; however, Martin D. Haverly, Esquire will be participating on his behalf (fmt) (Entered: 11/26/2002) |

| 12/03/2002 | | Scheduling conference held via telephone; Judge Robinson presiding; no crt. rptr. present. (rld) (Entered: 12/03/2002) |
|---|---|---|
| 01/07/2003 | 15 | ORDER, set Scheduling Order Deadlines: joining of parties, amended pleadings on 3/3/03 Discovery deadline on 11/3/03 Deadline for filing dispositive motions by 12/15/03 Pretrial conference by 4:30 4/7/04 Trial Date Deadline 9:30 4/23/04 , and set Motion Filing deadline to 3/24/04 for motions in limine; responses due 3/31/04 , set Oral Argument on summary jgm. motions for 4:30 2/24/04 , and set 1st in person Discovery Hearing for 4:30 3/6/03 , set 2nd in person Discovery Hearing for 4:30 8/13/03 matter is referred to Mag. Judge Thynge to explore possibility of settlement ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 01/07/2003) |
| 01/09/2003 | 16 | ORDER, set Telephone Conference for 1/22/03 with Magistrate Judge Thynge; Pltfs' counsel shall initiate the call; counsel and the parties are required to review and be prepared to discuss the attachment to this Order during the telecnf. ( signed by Judge Mary P. Thynge ) copies to: cnsl (fmt) (Entered: 01/10/2003) |
| 01/22/2003 | 17 | JOINT MOTION by Jack Reyes, Jose Antonio Hernandez, Sherry Freeberry, John L Cunningham, New Castle County for Protective Order Approving Confidentiality Agreement (rld) (Entered: 01/22/2003) |
| 01/22/2003 | 18 | ORDER, set Settlement Conference for 10:00 10/27/03 , and set Telephone Conference for 9:00 9/3/03 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rld) (Entered: 01/23/2003) |
| 01/23/2003 | | So Ordered granting [17–1] joint motion for Protective Order Approving Confidentiality Agreement ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 01/23/2003) |
| 02/05/2003 | 19 | CASE reassigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 02/05/2003) |
| 03/12/2003 | 20 | CASE reassigned to Judge Kent A. Jordan . Notice to all parties. (rjb) (Entered: 03/12/2003) |
| 03/20/2003 | 21 | NOTICE by Jack Reyes, Jose Antonio Hernandez to take deposition of Sherry Freeberry on 5/22/03 at 10:00 a.m. (rwc) (Entered: 03/20/2003) |
| 04/16/2003 | 22 | CERTIFICATE OF SERVICE by Jack Reyes, Jose Antonio Hernandez; Re: Pltf's Objections &Responses to 1st set of Interrog., &Req. for Prod. of Doc., was served. (rwc) (Entered: 04/17/2003) |
| 04/30/2003 | 23 | CERTIFICATE OF SERVICE by Sherry Freeberry, John L Cunningham, New Castle County, Re: Deft's Initial Disclosures were served. (rwc) (Entered: 04/30/2003) |
| 04/30/2003 | 24 | CERTIFICATE OF SERVICE by Sherry Freeberry, John L Cunningham, New Castle County, Re: Deft's Responses to 1st Req. for Prod. of Doc. were served. (rwc) (Entered: 04/30/2003) |
| 04/30/2003 | 25 | CERTIFICATE OF SERVICE by Sherry Freeberry, John L Cunningham, New Castle County, Re: Deft's Responses to 1st set of Interrog., were served. (rwc) (Entered: 04/30/2003) |
| 04/30/2003 | 26 | CERTIFICATE OF SERVICE by New Castle County, Re: Deft New Castle County's 1st set of Interrog. to Pltf Jose Hernandez were served. (rwc) (Entered: 04/30/2003) |
| 04/30/2003 | 27 | CERTIFICATE OF SERVICE by New Castle County, Re: Deft New Castle County's 1st set Interrog. to Pltf Jack Reyes were served. (rwc) (Entered: 04/30/2003) |
| 04/30/2003 | 28 | CERTIFICATE OF SERVICE by Sherry Freeberry, John L Cunningham, New Castle County, Re: Deft's 1st Req. for Prod. of Documents to Pltfs were served. (rwc) (Entered: 04/30/2003) |
| 05/21/2003 | 29 | Letter dated 5/21/03 by Judge Jordan to parties enclosing a form of First Amended Scheduling Order and requesting parties contact the Court w/in |

| | | |
|---|---|---|
| | | 10–days to schedule a teleconference. (rwc) (Entered: 05/21/2003) |
| 05/29/2003 | 30 | NOTICE by Sherry Freeberry, John L Cunningham to take deposition of Jose Antonio Hernandez on 6/26/03 at 9:00 a.m. (rwc) (Entered: 05/30/2003) |
| 06/02/2003 | 31 | ORDER, set Tele–Scheduling Conference for 2:00 on 6/16/03 ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 06/03/2003) |
| 06/03/2003 | 32 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Jose Antonio Hernandez on 06/26/03 at 9:30 (gp) (Entered: 06/05/2003) |
| 06/06/2003 | 33 | NOTICE by Jack Reyes, Jose Antonio Hernandez to take deposition of Col. John L. Cunningham on 6/27/03 at 9:30 a.m. (rwc) (Entered: 06/06/2003) |
| 06/11/2003 | 34 | STIPULATED First Amended Scheduling Order with proposed order (ntl) (Entered: 06/11/2003) |
| 06/16/2003 | | Scheduling teleconference held before Judge Jordan. (Ct Rptr Hawkins Reporting Service). (rwc) (Entered: 06/16/2003) |
| 06/24/2003 | 35 | STIPULATED FIRST AMENDED SCHEDULING ORDER – filed by the parties. (rwc) (Entered: 06/24/2003) |
| 06/26/2003 | | So Ordered granting [35–1] First Amended Scheduling Order – set Scheduling Order Deadlines: Discovery Cut–off is 11/1/03 ; Deadline for filing dispositive motions is 12/15/03 ; Pretrial conference is set for 4:30 on 4/20/04 ; set Jury Trial (10–days) for 10:00 on 5/17/04 ; Proposed Pretrial Order due on or before 4/15/04 , set Status Report deadline to 11/20/03 , set Status Conference for 4:30 on 11/20/03 ( signed by Judge Kent A. Jordan ) to all parties. (rwc) (Entered: 06/26/2003) |
| 06/26/2003 | 36 | TRIAL MANAGEMENT ORDER – (see Order for details).( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 06/26/2003) |
| 07/07/2003 | 37 | RULE 15(a) MOTION by Jack Reyes, Jose Antonio Hernandez with Proposed Order to Amend [1–1] complaint Answer Brief due 7/21/03 re: [37–1] motion (rwc) (Entered: 07/07/2003) |
| 07/21/2003 | 38 | Response Filed by Sherry Freeberry, John L Cunningham, New Castle County, Re: [37–1] motion to Amend [1–1] complaint – Reply Brief due 7/28/03 (rwc) (Entered: 07/21/2003) |
| 07/29/2003 | 39 | STIPULATION with proposed order extending deadlines for expert reports: Pltf's expert report deadline is extended to 9/2/03; Deft's expert report deadline is extended to 10/2/03. (rwc) (Entered: 07/29/2003) |
| 08/04/2003 | | So Ordered granting [39–1] stipulation ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 08/04/2003) |
| 08/08/2003 | 40 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Jack Reyes on 8/28/03 at 9:30 a.m. (rwc) (Entered: 08/11/2003) |
| 08/11/2003 | 41 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Jose Hernandez on 8/28/03 at 9:30 a.m. (rwc) (Entered: 08/11/2003) |
| 08/29/2003 | 42 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Jack Reyes on 9/12/03 at 10:00 a.m. (rwc) (Entered: 09/02/2003) |
| 09/15/2003 | 43 | ORDER cancelling Mediation Conference set for 10/27/03 – ( signed by Judge Mary P. Thynge ) (rwc) (Entered: 09/15/2003) |
| 09/16/2003 | 44 | NOTICE of Continuation by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Jose Antonio Hernadez on 10/3/03 at 10:00 a.m. (rwc) (Entered: 09/17/2003) |
| 10/01/2003 | 45 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Debra L. Rees on 10/16/03 at 10:00 a.m. (rwc) (Entered: 10/01/2003) |

| 10/01/2003 | 46 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Ruben Martinez on 10/16/03 at 12:00 p.m. (rwc) (Entered: 10/01/2003) |
|---|---|---|
| 10/01/2003 | 47 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Trinidad Navarro on 10/16/03 at 2:00 p.m. (rwc) (Entered: 10/01/2003) |
| 10/01/2003 | 48 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of George Freebery on 10/17/03 at 10:00 a.m. (rwc) (Entered: 10/01/2003) |
| 10/01/2003 | 49 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Gustavo Zeissig on 10/17/03 at 12:00 p.m. (rwc) (Entered: 10/01/2003) |
| 10/01/2003 | 50 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of David F. McAllister on 10/17/03 at 2:00 p.m. (rwc) (Entered: 10/01/2003) |
| 10/01/2003 | 51 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of George Williamson on 10/21/03 at 10:00 a.m. (rwc) (Entered: 10/01/2003) |
| 10/01/2003 | 52 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of Clay Echeveria on 10/21/03 at 12:00 p.m. (rwc) (Entered: 10/01/2003) |
| 10/02/2003 | 53 | RE–NOTICE by Sherry Freeberry, John L Cunningham, New Castle County of Continuation of Deposition of Jose Antonio Hernandez on 10/8/03 at 12:00 p.m. (rwc) (Entered: 10/03/2003) |
| 10/15/2003 | 54 | NOTICE by Jack Reyes, Jose Antonio Hernandez to take Seven depositions on dates 10/21/03 &10/22/03, (see Notice for names and times). (rwc) (Entered: 10/15/2003) |
| 10/16/2003 | 55 | Subpoena for Detective Gustavo Zessig (rld) (Entered: 10/17/2003) |
| 10/16/2003 | 56 | Subpoena for Sgt. Ruben Martinez (rld) (Entered: 10/17/2003) |
| 10/16/2003 | 57 | Subpoena for Retired Capt. George Freebery (rld) (Entered: 10/17/2003) |
| 10/16/2003 | 58 | Subpoena for Captain Debra L. Rees (rld) (Entered: 10/17/2003) |
| 10/16/2003 | 59 | Subpoena for Officer Trinidad Navarro (rld) (Entered: 10/17/2003) |
| 10/16/2003 | 60 | Subpoena for Col. David F. McAllister (rld) (Entered: 10/17/2003) |
| 10/16/2003 | 61 | Subpoena for Captain George Williamson (rld) (Entered: 10/17/2003) |
| 10/16/2003 | 62 | Subpoena for Clay Echeveria (rld) (Entered: 10/17/2003) |
| 10/23/2003 | 63 | RE–NOTICE by Jack Reyes to take depositions of Mark Hitch, Patrick Crowell, Quenton Watson, Dwight Booker, Elmer Setting &Vincent Kowal (rwc) (Entered: 10/23/2003) |
| 10/27/2003 | 64 | Subpoena for Vincent Kowal was served on 10/23/03. (rwc) (Entered: 10/27/2003) |
| 11/13/2003 | 65 | JOINT STATUS REPORT dated 11/13/03 with request that the 11/20/03 status teleconference be cancelled, filed by Jack Reyes, Jose Antonio Hernandez, Sherry Freeberry, John L Cunningham, New Castle County (rwc) (Entered: 11/14/2003) |
| 12/04/2003 | 66 | NOTICE by Jack Reyes, Jose Antonio Hernandez to take deposition of Rand Townley on 12/12/03 at 10:00 a.m. (rwc) (Entered: 12/04/2003) |
| 12/08/2003 | 67 | UNOPPOSED MOTION by Sherry Freeberry, John L Cunningham, New Castle County with Proposed Order to Extend Page Limits to 50–Pages for Summary Judgment Briefs re: [67–1] motion (rwc) (Entered: 12/08/2003) |

| | | |
|---|---|---|
| 12/09/2003 | 68 | ORDER – granting [67–1] motion to Extend Page Limits to 50–Pages for Summary Judgment Briefs ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 12/09/2003) |
| 12/09/2003 | 69 | Subpoena for Rand Townley was served 12/8/03 (rwc) (Entered: 12/09/2003) |
| 12/11/2003 | 70 | STIPULATION with proposed order extending time to 12/17/03 for filing of dispositive motions; Answering Briefs shall be due on 1/16/04; and Reply Briefs shall be due by 2/2/04. (rwc) (Entered: 12/12/2003) |
| 12/12/2003 | | So Ordered granting [70–1] stipulation reset Scheduling Order Deadlines: Deadline for filing dispositive motions by 12/17/03 ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 12/12/2003) |
| 12/17/2003 | 71 | MOTION by Jack Reyes, Jose Antonio Hernandez with Proposed Order for Partial Summary Judgment Answer Brief due 12/31/03 re: [71–1] motion (rwc) (Entered: 12/17/2003) |
| 12/17/2003 | 72 | Opening Brief Filed by Jack Reyes, Jose Antonio Hernandez, in support of [71–1] motion for Partial Summary Judgment – Answer Brief due 12/31/03 {SEALED as of 1/15/04} (rwc) Modified on 01/15/2004 (Entered: 12/17/2003) |
| 12/17/2003 | 73 | Appendix to Brief (Volume I) Filed by Jack Reyes, Jose Antonio Hernandez; Appending [72–1] opening brief {SEALED as of 1/15/04}. (rwc) Modified on 01/15/2004 (Entered: 12/17/2003) |
| 12/17/2003 | 74 | Appendix to Brief (Volume II) Filed by Jack Reyes, Jose Antonio Hernandez; Appending [72–1] opening brief {SEALED as of 1/15/04}. (rwc) Modified on 01/15/2004 (Entered: 12/17/2003) |
| 12/17/2003 | 75 | Letter dated 12/17/03 to Judge Jordan by Thomas S. Neuberger, Esq., requesting pages A765 – A769 be removed and destroyed from Appendix [DI#74]. (Done as requested). (rwc) (Entered: 12/17/2003) |
| 12/17/2003 | 76 | MOTION by Sherry Freeberry with Proposed Order for Summary Judgment Answer Brief due 12/31/03 re: [76–1] motion (rwc) (Entered: 12/18/2003) |
| 12/17/2003 | 77 | Opening Brief Filed by Sherry Freeberry, in support of [76–1] motion for Summary Judgment – Answer Brief due 12/31/03 (rwc) (Entered: 12/18/2003) |
| 12/17/2003 | 78 | Appendix to Opening Brief Filed by Sherry Freeberry; Appending [77–1] opening brief (rwc) (Entered: 12/18/2003) |
| 12/17/2003 | 79 | MOTION by Sherry Freeberry, John L Cunningham, New Castle County with Proposed Order for Summary Judgment Answer Brief due 12/31/03 re: [79–1] motion (rwc) (Entered: 12/18/2003) |
| 12/17/2003 | 80 | Opening Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in support of [79–1] motion for Summary Judgment – Answer Brief due 12/31/03 (SEALED) (rwc) (Entered: 12/18/2003) |
| 12/17/2003 | 81 | Appendix to Opening Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County; Appending [80–1] opening brief (SEALED) (rwc) (Entered: 12/18/2003) |
| 01/08/2004 | 82 | MOTION by Sherry Freeberry, John L Cunningham, New Castle County with Proposed Order to Place Filings Under Seal , and for Dismissal , for Sanctions, and Civil Contempt for Violations of a Court Order Answer Brief due 1/22/04 re: [82–1],[82–2] &[82–3] motions (SEALED) (rwc) Modified on 01/09/2004 (Entered: 01/09/2004) |
| 01/08/2004 | 83 | Opening Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in support of [82–1] motion to Place Filings Under Seal; [82–2] motion for Dismissal &[82–3] motion for Sanctions, and Contempt for Violations of a Court Order – Answer Brief due 1/22/04 (SEALED) (rwc) (Entered: 01/09/2004) |
| 01/12/2004 | 84 | Letter dated 1/12/04 to Judge Jordan by William W. Bowser, Esq., requesting expedited conference. (SEALED) (rwc) (Entered: 01/12/2004) |

| 01/13/2004 | 85 | STIPULATION with proposed order, Re: Briefing Schedule for Dispositive Motions [DI#'s 71, 76, 79 &82]: Answering Briefs are due by 1/21/04; Reply Briefs are due by 2/9/04. (rwc) (Entered: 01/13/2004) |
|---|---|---|
| 01/14/2004 | | So Ordered granting [85–1] stipulation reset Answer Brief Deadlines to 1/21/04 re: [82–1] motion to Place Filings Under Seal, 1/21/04 re: [82–2] motion for Dismissal, 1/21/04 re: [82–3] motion for Sanctions, and Civil Contempt for Violations of a Court Order, 1/21/04 re: [71–1] motion for Partial Summary Judgment, 1/21/04 re: [79–1] motion for Summary Judgment, 1/21/04 re: [76–1] motion for Summary Judgment , and reset Reply Brief Deadline to 2/9/04 re: [82–1] motion to Place Filings Under Seal, 2/9/04 re: [82–2] motion for Dismissal, 2/9/04 re: [82–3] motion for Sanctions, and Civil Contempt for Violations of a Court Order, 2/9/04 re: [71–1] motion for Partial Summary Judgment, 2/9/04 re: [79–1] motion for Summary Judgment, 2/9/04 re: [76–1] motion for Summary Judgment ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 01/14/2004) |
| 01/15/2004 | | Tele–conference held held before Judge Jordan. (Ct Rptr V. Gunning). (rwc) (Entered: 01/16/2004) |
| 01/20/2004 | 86 | TRANSCRIPT filed by Ct Rptr V. Gunning, Re: telephone conference held on 1/15/04. (SEALED) (rwc) (Entered: 01/20/2004) |
| 01/21/2004 | 87 | Answer Brief Filed by Jack Reyes, Jose Antonio Hernandez, in opposition to [79–1] motion for Summary Judgment – Reply Brief due 1/28/04 (SEALED) (rwc) (Entered: 01/21/2004) |
| 01/21/2004 | 88 | Answer Brief Filed by Jack Reyes, Jose Antonio Hernandez, in opposition to [76–1] motion for Summary Judgment on behalf of Defendant Freeberry – Reply Brief due 1/28/04. (SEALED). (rwc) Modified on 01/21/2004 (Entered: 01/21/2004) |
| 01/21/2004 | 89 | Appendix to Briefs (Volume I) Filed by Jack Reyes, Jose Antonio Hernandez; Appending [87–1] answer brief, [88–1] answer brief (SEALED) (rwc) (Entered: 01/21/2004) |
| 01/21/2004 | 90 | Appendix to Briefs (Volume II) Filed by Jack Reyes, Jose Antonio Hernandez; Appending [87–1] answer brief, [88–1] answer brief. (SEALED) (rwc) (Entered: 01/21/2004) |
| 01/21/2004 | 91 | Answer Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in opposition to [71–1] motion for Partial Summary Judgment – Reply Brief due 1/28/04 (SEALED) (rwc) (Entered: 01/22/2004) |
| 01/29/2004 | 92 | NOTICE of attorney appearance for Jack Reyes, Jose Antonio Hernandez filed by Stephen J. Neuberger, Esq. (rwc) (Entered: 01/29/2004) |
| 01/30/2004 | 93 | Answer Brief Filed by Jack Reyes, Jose Antonio Hernandez in opposition to [82–1] motion to Place Filings Under Seal; [82–2] motion for Dismissal; and [82–3] motion for Sanctions, and Civil Contempt for Violations of a Court Order – Reply Brief due 2/6/04 (SEALED) (rwc) (Entered: 01/30/2004) |
| 01/30/2004 | 94 | MOTION by Jack Reyes, Jose Antonio Hernandez (1) to Void Ab Initio the Confidentiality Agreement and Protective Order in this case; (2) to make Judicial Records Available to the Public; (3) to Unseal DI#'s 72, 73, 74 and 80; (4) to Unseal DI#86 and all proceedings relating to DI#82; and (5) in the alternative, to modify the Protective Order in this case. Answer Brief due 2/13/04 re: [94–1] motion (SEALED) (rwc) (Entered: 02/02/2004) |
| 01/30/2004 | 95 | Opening Brief Filed by Jack Reyes, Jose Antonio Hernandez, in support of [94–1] motion (1) to Void Ab Initio the Confidentiality Agreement and Protective Order in this case; (2) to make Judicial Records Available to the Public; (3) to Unseal DI#'s 72, 73, 74 and 80; (4) to Unseal DI#86 and all proceedings relating to DI#82; and (5) in the alternative, to modify the Protective Order in this case. – Answer Brief due 2/13/04 (SEALED). (rwc) (Entered: 02/02/2004) |

| 02/02/2004 | 96 | Letter dated 2/2/04 to Judge Jordan by Stephen J. Neuberger, Esq., Re: Typographical error regarding Declaration. (SEALED). (rwc) (Entered: 02/02/2004) |
|---|---|---|
| 02/04/2004 | 97 | Letter dated 2/4/04 to Judge Jordan by Stephen J. Neuberger, Esq. (SEALED). (rwc) (Entered: 02/05/2004) |
| 02/05/2004 |  | Tele–conference held before Judge Jordan. (Ct Rptr K. Maurer) (rwc) (Entered: 02/05/2004) |
| 02/05/2004 | 98 | Letter dated 2/5/04 to Judge Jordan. (SEALED) (rwc) (Entered: 02/05/2004) |
| 02/06/2004 | 99 | Steno Notes filed by Ct Rptr K. Maurer for 2/5/04 – (SEALED) (rwc) (Entered: 02/06/2004) |
| 02/06/2004 | 100 | MOTION by Sherry Freeberry, John L Cunningham, New Castle County with Proposed Order to Correct Defendant's Answering Brief [DI#91] and Amend Appendix [DI#81]. re: [100–1] motion (SEALED) (rwc) Modified on 02/06/2004 (Entered: 02/06/2004) |
| 02/06/2004 | 111 | CORRECTED Answer Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County [71–1] motion for Partial Summary Judgment {SEALED} (replacing D.I. 91). (ntl) (Entered: 02/24/2004) |
| 02/06/2004 | 112 | CORRECTED (Blackline Copy) Answer Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County [71–1] motion for Partial Summary Judgment {SEALED}. (ntl) (Entered: 02/24/2004) |
| 02/06/2004 | 113 | AMENDMENTS to Appendix to dfts' motion for summary judgment Filed by Sherry Freeberry, John L Cunningham, New Castle County Appending [81–1] appendix {SEALED}. (ntl) (Entered: 02/24/2004) |
| 02/09/2004 | 101 | Reply Brief Filed by Jack Reyes, Jose Antonio Hernandez, in support of [71–1] motion for Partial Summary Judgment. (SEALED) (rwc) (Entered: 02/09/2004) |
| 02/09/2004 | 102 | Reply Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in support of [82–1] motion to Place Filings Under Seal, [82–2] motion for Dismissal, [82–3] motion for Sanctions, and Civil Contempt for Violations of a Court Order. (SEALED) (rwc) (Entered: 02/10/2004) |
| 02/09/2004 | 103 | Reply Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in support of [76–1] motion for Summary Judgment on behalf of Defendant Freeberry. (SEALED) (rwc) (Entered: 02/10/2004) |
| 02/09/2004 | 104 | Reply Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in support of [79–1] motion for Summary Judgment. (SEALED) (rwc) (Entered: 02/10/2004) |
| 02/09/2004 | 105 | Appendix to Reply Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County; Appending [104–1] reply brief (SEALED) (rwc) (Entered: 02/10/2004) |
| 02/09/2004 | 106 | Declaration of Elizabeth A. Malloy filed by Sherry Freeberry, John L Cunningham, New Castle County; Re: [102–1] reply brief (SEALED) (rwc) (Entered: 02/10/2004) |
| 02/11/2004 | 107 | MOTION by Jack Reyes, Jose Antonio Hernandez to Strike [102–1] sanctions reply brief, and [106–1] Declaration, for failure to comply with Local Rule 7.1.3 Answer Brief due 2/25/04 re: [107–1] motion (SEALED) (rwc) (Entered: 02/11/2004) |
| 02/13/2004 | 108 | SEALED ORDER – (signed by Judge Kent A. Jordan). copies to cnsl. (SEALED) (rwc) (Entered: 02/17/2004) |
| 02/17/2004 | 109 | Answer Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in opposition to [94–1] motion (1) to Void Ab Initio the Confidentiality Agreement and Protective Order in this case; (2) to make Judicial Records Available to the Public; (3) to Unseal DI#'s 72, 73, 74 and 80; (4) to Unseal DI#86 and all proceedings relating to DI#82; and (5) in the alternative, to modify the Protective Order in this case. – Reply Brief due 2/24/04 (SEALED). (rwc) |

| | | (Entered: 02/18/2004) |
|---|---|---|
| 02/18/2004 | 110 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of David E. Black, Ph.D on 3/5/04 at 2:00 p.m. (rwc) (Entered: 02/19/2004) |
| 02/23/2004 | 114 | Answer Brief Filed by Jack Reyes, Jose Antonio Hernandez [100–1] motion to Correct Defendant's Answering Brief [DI#91] and Amend Appendix [DI#81] {SEALED}. (ntl) Modified on 02/26/2004 (Entered: 02/24/2004) |
| 02/24/2004 | 115 | Reply Brief Filed by Jack Reyes, Jose Antonio Hernandez [94–1] motion (1) to Void Ab Initio the Confidentiality Agreement and Protective Order in this case; (2) to make Judicial Records Available to the Public; (3) to Unseal DI's 72, 73, 74 and 80; (4) to Unseal DI#86 and all proceedings relating to DI#82; and (5) in the alternative, to modify the Protective Order in this case {SEALED}. (ntl) (Entered: 02/24/2004) |
| 02/24/2004 | 116 | Answer Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County [107–1] motion to Strike [102–1] sanctions reply brief, and [106–1] Declaration, for failure to comply with Local Rule 7.1.3 – Reply Brief due 3/2/04 {SEALED}. (ntl) (Entered: 02/25/2004) |
| 02/26/2004 | 117 | Letter from Anne Symons to clerk re D.I. 114 should be filed under seal. (ntl) (Entered: 02/26/2004) |
| 03/01/2004 | 118 | Reply Brief Filed by Jack Reyes, Jose Antonio Hernandez [107–1] motion to Strike [102–1] sanctions reply brief, and [106–1] Declaration, for failure to comply with Local Rule 7.1.3 {SEALED}. (ntl) (Entered: 03/01/2004) |
| 03/01/2004 | 119 | Reply Brief Filed by Sherry Freeberry, John L Cunningham, New Castle County, in support of [100–1] motion to Correct Defendant's Answering Brief [DI#91] and Amend Appendix [DI#81]. (SEALED) (rwc) (Entered: 03/02/2004) |
| 03/04/2004 | 120 | RE–NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of David E. Black, Ph.D on 3/31/04 at 10:00 (rwc) (Entered: 03/04/2004) |
| 03/04/2004 | 121 | AMENDED RE–NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of David E. Black, Ph.D on 3/31/04 at 10:00 a.m. (rwc) (Entered: 03/05/2004) |
| 03/05/2004 | 122 | SECOND AMENDED SCHEDULING ORDER: setting Pretrial conference for 4:00 on 7/30/04; Proposed Pretrial Order due on 7/26/04; set Jury Trial (10–days) for 9:30 on 8/30/04 ; ( signed by Judge Kent A. Jordan copies to: cnsl. (rwc) (Entered: 03/05/2004) |
| 05/18/2004 | 123 | Letter dated 5/18/04 to Judge Jordan by Martin D. Haverly, Esq., representing Jack Reyes, Jose Antonio Hernandez in supplemental support of [114–1] answer brief – (SEALED) (rwc) (Entered: 05/18/2004) |
| 06/02/2004 | 124 | Letter dated 6/2/04 to Judge Jordan by William W. Bowser, Esq., on behalf of Sherry Freeberry, John L Cunningham, New Castle County in opposition to [123–1] letter – (SEALED) (rwc) (Entered: 06/03/2004) |
| 06/04/2004 | 125 | ORDER – granting [37–1] motion to Amend [1–1] complaint. Pltfs shall submit the Second Amended Complaint for separate docketing. ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 06/04/2004) |
| 06/11/2004 | 126 | SECOND AMENDED COMPLAINT filed by Jack Reyes, Jose Antonio Hernandez , amending [6–1] first amended complaint (rwc) (Entered: 06/14/2004) |
| 06/14/2004 | 127 | NOTICE of Law Firm Name Change filed by Thomas S. Neuberger, Esq., Re: Changed to The Neuberger Firm, P.A. (rwc) (Entered: 06/14/2004) |
| 06/25/2004 | 128 | ANSWER by Sherry Freeberry, John L Cunningham, New Castle County (Attorney ) to Second Amended Complaint (rwc) (Entered: 06/28/2004) |

| 06/28/2004 | 129 | NOTICE by Sherry Freeberry, John L Cunningham, New Castle County to take deposition of David E. Black, Ph.D on 7/19/04 at 10:00 a.m. (rwc) (Entered: 06/28/2004) |
| --- | --- | --- |
| 07/15/2004 | 130 | Notice of Deficiency from the court to Thomas Neuberger, Esq., Re: Pltf's Jury Instructions, Verdict Form, Pre–Trial Order, and Voir Dire Questions not filed separately under seal. (rwc) (Entered: 07/15/2004) |
| 07/15/2004 | 131 | SEALED ORDER – ( signed by Judge Kent A. Jordan ) copies to: cnsl – (SEALED) (rwc) (Entered: 07/15/2004) |
| 07/15/2004 | 132 | Letter dated 7/15/04 to Judge Jordan by Thomas S. Neuberger, Esq., enclosing DI#'s 133 to 136. – (SEALED) (rwc) (Entered: 07/15/2004) |
| 07/15/2004 | 133 | Proposed pre–trial order filed by Jack Reyes, Jose Antonio Hernandez – (SEALED) (rwc) (Entered: 07/15/2004) |
| 07/15/2004 | 134 | Proposed Jury Instructions by Jack Reyes, Jose Antonio Hernandez – (SEALED) (rwc) (Entered: 07/15/2004) |
| 07/15/2004 | 135 | Proposed Voir dire questions by Jack Reyes, Jose Antonio Hernandez – (SEALED) (rwc) (Entered: 07/15/2004) |
| 07/15/2004 | 136 | Proposed Verdict Sheet filed by Jack Reyes, Jose Antonio Hernandez – (SEALED) (rwc) (Entered: 07/15/2004) |
| 07/19/2004 | 137 | Letter dated 7/14/04 to Judge Jordan by William W. Bowser, Esq., – (SEALED). (rwc) (Entered: 07/19/2004) |
| 07/22/2004 | 138 | Letter dated 7/22/04 to Judge Jordan by Thomas S. Neuberger, Esq., – (SEALED) (rwc) (Entered: 07/22/2004) |
| 07/22/2004 | 139 | Letter dated 7/22/04 to Judge Jordan by William W. Bowser, Esq., – (SEALED) (rwc) (Entered: 07/22/2004) |
| 07/29/2004 | 140 | Letter Reply Brief dated 7/29/04 Filed by Jack Reyes, Jose Antonio Hernandez – (SEALED) (rwc) (Entered: 07/29/2004) |
| 07/29/2004 | 141 | MOTION by Jack Reyes, Jose Antonio Hernandez to Disqualify and for Sanctions Answer Brief due 8/12/04 re: [141–1] motion – (SEALED) (rwc) (Entered: 07/29/2004) |
| 07/29/2004 | 142 | Opening Brief Filed by Jack Reyes, Jose Antonio Hernandez, in support of [141–1] motion to Disqualify and for Sanctions – Answer Brief due 8/12/04 – (SEALED) (rwc) (Entered: 07/29/2004) |
| 07/30/2004 | 143 | MEMORANDUM ORDER – all proceedings in this case are STAYED pending further order of the Court. ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 07/31/2004) |
| 08/13/2004 | 144 | NOTICE OF APPEAL by Jack Reyes, Jose Antonio Hernandez, Re: Oral Order [DI#86] &[143–1] Memorandum Order. Time: 2:20 p.m. Fee Status: Paid. Receipt# 136680 – (SEALED) (rwc) (Entered: 08/13/2004) |
| 08/13/2004 | 145 | Notice of Deficiency from the court to Thomas S. Neuberger, Esq., Re: L.R. 5.1.1 – Attorney's name, address, Bar ID# not listed on sealed envelopes of DI#144. (rwc) (Entered: 08/16/2004) |
| 08/18/2004 | | Notice of appeal and certified copy of docket to USCA: [144–1] appeal by Jose Antonio Hernandez, Jack Reyes (dab) (Entered: 08/18/2004) |
| 08/20/2004 | 146 | ORDER – denying without prejudice the following motions: [141–1] motion to Disqualify and for Sanctions, denying [107–1] motion to Strike [102–1] sanctions reply brief, and [106–1] Declaration, for failure to comply with Local Rule 7.1.3, denying [100–1] motion to Correct Defendant's Answering Brief [DI#91] and Amend Appendix [DI#81]., denying [94–1] motion (1) to Void Ab Initio the Confidentiality Agreement and Protective Order in this case; (2) to make Judicial Records Available to the Public; (3) to Unseal DI#'s 72, 73, 74 and 80; (4) to Unseal DI#86 and all proceedings relating to DI#82; and (5) in the alternative, to modify the Protective Order in this case., denying [82–1] motion |

| | | |
|---|---|---|
| | | to Place Filings Under Seal, denying [82–2] motion for Dismissal, denying [82–3] motion for Sanctions, and Civil Contempt for Violations of a Court Order, denying [71–1] motion for Partial Summary Judgment, denying [79–1] motion for Summary Judgment, denying [76–1] motion for Summary Judgment ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 08/20/2004) |
| 08/24/2004 | 147 | AMENDED NOTICE OF APPEAL filed by Jack Reyes, Jose Antonio Hernandez, Re: [146–1] order. Time: 1:57 p.m. Fee Status: N/A (rwc) (Entered: 08/25/2004) |
| 08/24/2004 | | NOTICE of Docketing ROA from USCA 3rd Circuit, Re: [144–1] appeal by Jose Antonio Hernandez, Jack Reyes USCA NUMBER: 04–3400 (rwc) (Entered: 08/25/2004) |
| 08/27/2004 | | AMENDED Notice of appeal and certified copy of docket to USCA: [147–1] appeal by Jose Antonio Hernandez, Jack Reyes (els) (Entered: 08/27/2004) |
| 08/27/2004 | | Copies to the Honorable Kent A. Jordan, Court Reporters, Thomas S. Neuberger, William W. Bowser (els) (Entered: 08/27/2004) |
| 09/01/2004 | 149 | Letter dated 8/31/04 from Third Circuit to clerk re receipt of notice of appeal filed on 8/25/04. (ntl) (Entered: 09/03/2004) |
| 09/02/2004 | 148 | Transcript requested [144–1] appeal by Jose Antonio Hernandez, Jack Reyes (ntl) (Entered: 09/03/2004) |
| 09/08/2004 | | Certified and transmitted certified list of docket entries in lieu of record on appeal to U.S. Court of Appeals: [144–1] appeal by Jose Antonio Hernandez, Jack Reyes; exit certified copies of docket entries indicating record complete for appeal purposes (eew) (Entered: 09/08/2004) |
| 11/03/2004 | 150 | JUDGMENT OF USCA 3rd Circuit (certified copy) Re: [144–1] appeal: Appellee's Motion to Maintain Sealed Status of Documents is GRANTED. (rwc) (Entered: 11/04/2004) |
| 07/08/2005 | 151 | USCA Certified copy of JUDGMENT as to Notice of Appeal and Docket Sheet to USCA, 147 Notice of Appeal filed by Jack Reyes,, Jose Antonio Hernandez,, 144 Notice of Appeal filed by Jack Reyes,, Jose Antonio Hernandez,. USCA Decision: Affirmed in Part &Remanded. (Attachments: # 1)(cg, ) (Entered: 07/08/2005) |
| 07/11/2005 | 152 | Letter to The Honorable Kent A. Jordan from Thomas S. Neuberger regarding Remand re 151 USCA Judgment,. (Neuberger, Thomas) (Entered: 07/11/2005) |
| 07/14/2005 | 153 | Letter to The Honorable Kent A. Jordan from William W. Bowser, Esquire, regarding Response to Plaintiffs' Counsel's July 11, 2005, letter re 152 Letter. (Bowser, William) (Entered: 07/14/2005) |
| 08/25/2005 | 154 | Letter to The Honorable Kent A. Jordan from Stephen J. Neuberger regarding Shingara v. Skiles, –– F.3d –– 2005 WL 2024890 (3d Cir. 2005). (Neuberger, Stephen) (Entered: 08/25/2005) |
| 08/29/2005 | 155 | NOTICE of Withdrawal of William W. Bowser, Esquire, and Barry M. Willoughby, Esquire, as Counsel for Sherry Freebery, Colonel John L. Cunningham, and New Castle County by Sherry Freebery, John L Cunningham, New Castle County (Bowser, William) (Entered: 08/29/2005) |
| 09/01/2005 | 156 | NOTICE of Appearance by Mark R. Owens on behalf of Sherry Freeberry (Attachments: # 1 Affidavit)(Owens, Mark) (Entered: 09/01/2005) |
| 10/07/2005 | 157 | ORDER – regarding briefing schedule (see Order for details). Signed by Judge Kent A. Jordan on 10/7/05. (rwc, ) (Entered: 10/07/2005) |
| 10/21/2005 | 158 | SEALED OPENING BRIEF in Support *Plaintiffs' Opening Brief Addressing the July 8, 2005 Remand Order From the Third Circuit Court of Appeals* filed by Jack Reyes, Jose Antonio Hernandez.Answering Brief/Response due date per Local Rules is 11/4/2005. (Neuberger, Stephen) Modified on 10/21/2005 (rwc, ). (Entered: 10/21/2005) |

| 10/21/2005 | 159 | SEALED Joint APPENDIX re 157 Order, 158 Opening Brief in Support, *Volume 1* by Jack Reyes, Jose Antonio Hernandez. (Neuberger, Stephen) Modified on 10/21/2005 (rwc, ). (Entered: 10/21/2005) |
|---|---|---|
| 10/21/2005 | 160 | SEALED Joint APPENDIX re 157 Order, 158 Opening Brief in Support, *Volume 2* by Jack Reyes, Jose Antonio Hernandez. (Neuberger, Stephen) Modified on 10/21/2005 (rwc, ). (Entered: 10/21/2005) |
| 10/21/2005 | 161 | SEALED Joint APPENDIX re 157 Order, 158 Opening Brief in Support, *Volume 3* by Jack Reyes, Jose Antonio Hernandez. (Neuberger, Stephen) Modified on 10/21/2005 (rwc, ). (Entered: 10/21/2005) |
| 10/21/2005 | 162 | SEALED Supplemental APPENDIX re 157 Order, 158 Opening Brief in Support, by Jack Reyes, Jose Antonio Hernandez. (Neuberger, Stephen) Modified on 10/21/2005 (rwc, ). (Entered: 10/21/2005) |
| 11/04/2005 | 163 | SEALED ANSWERING BRIEF in Opposition *Defendants' Answering Brief in Response to Plaintiffs' Opening Brief Addressing the July 8, 2005 Remand Order from the Third Circuit Court of Appeals* filed by Sherry Freeberry, John L Cunningham, New Castle County.Reply Brief due date per Local Rules is 11/14/2005. (Owens, Mark) (Entered: 11/04/2005) |
| 11/11/2005 | 164 | SEALED REPLY BRIEF *Addressing the July 8, 2005 Remand Order From the Third Circuit Court of Appeals* filed by Jack Reyes, Jose Antonio Hernandez. (Neuberger, Stephen) (Entered: 11/11/2005) |
| 12/29/2005 | 165 | MEMORANDUM OPINION – issued in response to USCA 3rd Circuit request for clarification. Signed by Judge Kent A. Jordan on 12/29/05. (rwc, ) (Entered: 12/29/2005) |
| 12/29/2005 | 166 | Letter dated 12/29/05 to Clerk, USCA Third Circuit, from Deputy Clerk, USDC, regarding enclosed courtesy copy of DI# 165. (Attachments: # 1 Memorandum Opinion)(rwc, ) (Entered: 12/29/2005) |
| 01/10/2006 | 167 | NOTICE OF SUBSTITUTION OF COUNSEL re Sherry Freeberry, John L Cunningham, New Castle County: Entry of appearance of attorney Peter J. Duhig. Attorney Mark R. Owens terminated. (Attachments: # 1 Certificate of Service)(Duhig, Peter) (Entered: 01/10/2006) |
| 08/01/2006 | 168 | MANDATE of USCA as to 144 Notice of Appeal filed by Jack Reyes,, Jose Antonio Hernandez,. USCA Decision:. (Attachments: # 1 opinion)(mb, ) (Entered: 08/01/2006) |
| 08/11/2006 | | Minute Entry for proceedings held before Judge Kent A. Jordan : Status Teleconference held on 8/11/2006. (Court Reporter K. Maurer.) (rwc, ) (Entered: 08/11/2006) |
| 08/11/2006 | 169 | ORDER – Status Report due by 9/1/2006 regarding proposed unsealing of the summary judgment record. Signed by Judge Kent A. Jordan on 8/11/06. (rwc, ) (Entered: 08/11/2006) |
| 09/01/2006 | 170 | STATUS REPORT *Joint Status Report in Accordance with the Court's August 11, 2006 Order* by Jack Reyes, Jose Antonio Hernandez, Sherry Freeberry, John L Cunningham, New Castle County. (Attachments: # 1 Certificate of Service)(Duhig, Peter) (Entered: 09/01/2006) |
| 09/08/2006 | 171 | Letter to Clerk of U.S. District Court for the District of Delaware from Martin D. Haverly regarding Request to Receive All Future Pleadings. (Haverly, Martin) (Entered: 09/08/2006) |
| 09/08/2006 | | CORRECTING ENTRY: Attorney Martin Duane Haverly for Jack Reyes and Jose Antonio Hernandez added per letter DI# 171. (rwc, ) (Entered: 09/08/2006) |
| 09/29/2006 | 172 | OPENING BRIEF in Support *Defendant's Opening Brief in Support of Position Taken by Defendants in the Joint Status Report in Accordance with Court's August 11, 2006 Order* 169 filed by Sherry Freeberry, John L Cunningham, New Castle County.Answering Brief/Response due date per Local Rules is 10/16/2006. (Attachments: # 1 Exhibit A# 2 Exhibit A–1# 3 Exhibit A–2# 4 Exhibit A–3# 5 Exhibit A–4# 6 Certificate of Compliance)(Duhig, Peter) |

| | | |
|---|---|---|
| | | (Entered: 09/29/2006) |
| 10/06/2006 | 173 | STENO NOTES for 8/11/06 filed by Court Reporter: K. Maurer. (Notes on file in Clerk's Office) (rwc, ) (Entered: 10/06/2006) |
| 10/31/2006 | 174 | REPLY BRIEF *Defendants' Reply Brief in Support of Position Taken in the Joint Status Report in Accordance with Court's August 11, 2006 Order* filed by Sherry Freeberry, John L Cunningham, New Castle County. (Attachments: # 1 Certificate of Service)(Duhig, Peter) (Entered: 10/31/2006) |
| 11/06/2006 | 175 | ORDER – that, no later than November 20, 2006, the plaintiffs shall submit an answering brief to the defendants' briefing (D.I. 172; D.I. 174), and that, no later than December 4, 2006, the defendants may file a further reply, if they so choose. Signed by Judge Kent A. Jordan on 11/6/06. (rwc) (Entered: 11/06/2006) |
| 11/20/2006 | 176 | ANSWERING BRIEF – (SEALED) – in Opposition *Plaintiffs' Answering Brief Pursuant to the Court's November 6, 2006 Order* filed by Jack Reyes, Jose Antonio Hernandez.Reply Brief due date per Local Rules is 12/1/2006. (Neuberger, Stephen) Modified on 11/20/2006 (rwc, ). (Entered: 11/20/2006) |
| 11/20/2006 | 177 | Compendium of Unreported Decisions re 176 Answering Brief in Opposition by Jack Reyes, Jose Antonio Hernandez. (Neuberger, Stephen) (Entered: 11/20/2006) |
| 11/20/2006 | | CORRECTING ENTRY: added "SEALED" to text entry re: DI# 176. (rwc) (Entered: 11/20/2006) |
| 12/04/2006 | 178 | REPLY BRIEF *Defendant's Reply Brief in Accordance with Court's November 6, 2006 Order* filed by Sherry Freeberry, John L Cunningham, New Castle County. (Attachments: # 1 Certificate of Compliance)(Duhig, Peter) (Entered: 12/04/2006) |
| 12/15/2006 | 179 | [1:02–cv–1283–***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (ntl) (Entered: 12/15/2006) |
| 02/20/2007 | 180 | Order Setting Teleconference: Telephone Conference set for 3/19/2007 09:30 AM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 2/20/2007. (cak) (Entered: 02/20/2007) |
| 03/19/2007 | 181 | STENO NOTES for 3/19/07 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc) (Entered: 03/19/2007) |
| 03/19/2007 | | Minute Entry for proceedings held before Judge Mary Pat Thynge : Status Conference held on 3/19/2007. (Court Reporter B. Gaffigan.) (rwc) (Entered: 03/19/2007) |
| 03/20/2007 | 182 | ORDER Setting Mediation Conferences:Mediation Conference set for 5/1/2007 11:30 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 3/20/2007. (cak) (Entered: 03/20/2007) |
| 04/26/2007 | 183 | ORDER The mediation scheduled for 5/1/2007 at 11:30 AM will now begin at 12:30 PM. Signed by Judge Mary Pat Thynge on 4/26/2007. (cak) (Entered: 04/26/2007) |
| 07/06/2007 | 184 | Letter to The Honorable Mary Pat Thynge from Martin D. Haverly, Esquire regarding Plaintiffs' Request to Lift Stay and for a Scheduling Teleconference. (Haverly, Martin) (Entered: 07/06/2007) |
| 07/09/2007 | 185 | Order Setting Teleconference: Telephone Conference set for 7/12/2007 at 12:00 Noon before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 7/9/2007. (cak) (Entered: 07/09/2007) |
| 07/12/2007 | 186 | STENO NOTES for 7/12/07 filed by Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (rwc) (Entered: 07/12/2007) |

| 07/12/2007 | | Minute Entry for proceedings held before Judge Mary Pat Thynge : Status Conference held on 7/12/2007. (Court Reporter B. Gaffigan.) (rwc) (Entered: 07/13/2007) |
|---|---|---|
| 07/20/2007 | 187 | TRANSCRIPT of teleconference held on 7/12/07 before Judge Thynge. Court Reporter: B. Gaffigan. (Transcript on file in Clerk's Office) (rwc) (Entered: 07/20/2007) |
| 08/08/2007 | 188 | ORDER The transcript of the July 12, 2007 teleconference containing the discussions, decisions and rulings shall serve as the order of the court in this matter. Signed by Judge Mary Pat Thynge on 8/8/2007. (cak) (Entered: 08/08/2007) |
| 08/17/2007 | 189 | Letter to The Honorable Mary Pat Thynge from Peter J. Duhig and Elizabeth Malloy regarding Letter Brief pursuant to Court's request. (Attachments: # 1 Unreported Decision# 2 Unreported Decision# 3 Exhibit A)(Duhig, Peter) (Entered: 08/17/2007) |
| 08/17/2007 | 190 | Letter to The Honorable Mary Pat Thynge from Stephen J. Neuberger regarding Letter Submission Per the Court's Order – re 188 Order. (Neuberger, Stephen) (Entered: 08/17/2007) |
| 11/14/2007 | 191 | Order Setting Teleconference: A Rule 16 Scheduling Telephone Conference is set for 12/7/2007 11:15 AM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 11/14/2007. (cak) (Entered: 11/14/2007) |
| 12/06/2007 | 192 | Letter to Honorable Mary Pat Thynge from Peter J. Duhig regarding Status Conference. (Duhig, Peter) (Entered: 12/06/2007) |
| 12/07/2007 | | Minute Entry for proceedings held before Judge Mary Pat Thynge : Telephone Conference held on 12/7/2007. (Court Reporter B. Gaffigan.) (ntl) (Entered: 12/07/2007) |
| 12/07/2007 | 193 | STENO NOTES of teleconference held on 12/7/07 before Judge Thynge. Court Reporter: B. Gaffigan. (Notes on file in Clerk's Office) (ntl) (Entered: 12/07/2007) |
| 12/12/2007 | 194 | PROPOSED ORDER Joint Proposed Scheduling Order by Jose Antonio Hernandez. (Haverly, Martin) (Entered: 12/12/2007) |
| 12/12/2007 | 195 | Letter to Judge Mary Pat Thynge from Peter J. Duhig regarding Executed Notice of Availability and Proposed Order terminating stay of litigation. (Attachments: # 1 Exhibit # 2 Exhibit proposed order)(Duhig, Peter) (Entered: 12/12/2007) |
| 12/12/2007 | 196 | NOTICE OF SUBSTITUTION OF COUNSEL re Sherry Freeberry, John L Cunningham, New Castle County: Entry of appearance of attorney Peter J. Duhig. Attorney Jessamyne M. Simon terminated. (Duhig, Peter) (Entered: 12/12/2007) |
| 12/13/2007 | 197 | MOTION for Pro Hac Vice Appearance of Attorney of Vincent J. Pentima – filed by Sherry Freeberry, John L Cunningham, New Castle County. Motions referred to Mary Pat Thynge.(Duhig, Peter) (Entered: 12/13/2007) |
| 12/13/2007 | 198 | ORDER LIFTING STAY. Signed by Judge Mary Pat Thynge on 12/13/07. (ntl) (Entered: 12/13/2007) |
| 12/13/2007 | 199 | SCHEDULING ORDER: Discovery due by 8/1/2008, Dispositive Motions due by 8/4/2008, Answering Brief due 9/5/2008, Reply Brief due 9/22/2008, Pretrial Conference set for 4/20/2009 05:15 PM before Honorable Mary Pat Thynge, Proposed Pretrial Order due by 4/6/2009, 10 day Jury Trial (22 hours each) set for 5/4/2009 09:30 AM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 12/13/07. (ntl) (Entered: 12/13/2007) |
| 12/13/2007 | 200 | CONSENT to Jurisdiction by US Magistrate Judge by Jack Reyes, Jose Antonio Hernandez, Sherry Freeberry, John L Cunningham, New Castle County. Case reassigned to Magistrate Judge Mary Pat Thynge. Signed by Sue L. Robinson on 12/13/07. (ntl) (Entered: 12/14/2007) |

| 12/17/2007 | | SO ORDERED, re 197 MOTION for Pro Hac Vice Appearance of Attorney of Vincent J. Pentima filed by John L Cunningham, New Castle County, Sherry Freeberry. Signed by Judge Mary Pat Thynge on 12/17/07. (ntl) (Entered: 12/17/2007) |