IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-916-TNO |
| ) | |
| THOMAS P. GORDON, individually; ) | |
| SHERRY FREEBERY, individually; ) | |
| CHRISTOPHER A. COONS, in his official ) | |
| capacity as County Executive; DAVID W. ) | |
| SINGLETON, in his official capacity as ) | |
| Chief Administrative Officer; and NEW ) | |
| CASTLE COUNTY, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION AND ORDER GRANTING LEAVE
TO EXCEED BRIEFING PAGE LIMITS**

WHEREAS, pursuant to Local Rule 7.1.3(a)(4), Defendants filed two motions to dismiss and two corresponding briefs in support thereof. The parties jointly stipulated and the Court, by Order, granted Plaintiff the right to respond with one answering brief totaling no more than 80 pages in length, in lieu of two responsive briefs with no more than 40 pages in each.

Subject to approval by this Court, Plaintiff Thomas S. Neuberger and Defendants Thomas P. Gordon; Sherry L. Freebery; Christopher A. Coons; David W. Singleton and New Castle County, by and through their respective undersigned counsel, hereby stipulate and agree that Defendants may jointly file one Reply Brief not to exceed 40 pages in length, in lieu of two responsive briefs with no more than 20 pages in each.

[Signatures continued onto next page]

| | |
|---|---|
| LAW OFFICE OF JOHN M. LAROSA | CHARLES E. BUTLER, ESQUIRE |
| /s/ John M. LaRosa | /s/ Charles E. Butler |
| John M. LaRosa, Esquire (Bar I.D. 4275) | Charles E. Butler, Esquire (Bar I.D. 2349) |
| Two East 7th Street | 1224 North King Street |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone: (302) 888-1290 | Telephone: (302) 655-4100 |
| Facsimile: (302) 655-9329 | Facsimile: (302) 655-4212 |
| E-mail: jlr@larosalaw.com | E-mail: ceb@cebutler.com |
| | *Attorneys for Defendants Sherry Freebery and Thomas P. Gordon* |
| and | and |
| THE NEUBERGER FIRM, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ Barry M. Willoughby |
| Stephen J. Neuberger, Esquire (Bar I.D. 4440) | Barry M. Willoughby (Bar I.D. 1016) |
| Two East Seventh Street, Suite 302 | Margaret M. DiBianca (Bar I.D. 4539) |
| Wilmington, DE 19801 | The Brandywine Building |
| Telephone: (302) 655-0582 | 1000 West Street, P.O. Box 391 |
| E-mail: SJN@NeubergerLaw.com | Wilmington, Delaware 19899-0391 |
| | Telephone: (302) 571-5008 |
| | Facsimile: (302) 576-3476 |
| | E-mail: mdibianca@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant New Castle County* |

Dated: May 9, 2008

IT IS SO ORDERED this 12 day of May, 2008.

_____
THE HONORABLE THOMAS N. O'NEILL, JR.
UNITED STATES DISTRICT JUDGE

DB02:6808915.1                                                                           045581.1053