IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS S. NEUBERGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS P. GORDON, individually; | : | |
| SHERRY FREEBERY, individually; | : | |
| CHRISTOPHER A. COONS, in his official | : | |
| capacity as County Executive; DAVID W. | : | NO. 05-916-TNO |
| SINGLETON, in his official capacity as Chief | : | |
| Administrative Officer; and NEW CASTLE | : | |
| COUNTY | : | |

ORDER

AND NOW, this 28th day of May 2008, at the instance of the Court, the parties should send me by fax (215) 580-2137 concurrent letter briefs within seven (7) business days from the date of this Order addressing whether for the purposes of qualified immunity the acts of retaliation alleged by plaintiff were within the scope of defendants Gordon and Freebery's official authority as County Executive and Chief Administrative Officer, respectively.

_____
THOMAS N. O'NEILL, JR., J.