# THE NEUBERGER FIRM
ATTORNEYS AND COUNSELLORS AT LAW

TWO EAST SEVENTH STREET
SUITE 302
WILMINGTON, DELAWARE 19801-3707

THOMAS S. NEUBERGER, ESQUIRE
STEPHEN J. NEUBERGER, ESQUIRE
RAEANN WARNER, ESQUIRE

WWW.NEUBERGERLAW.COM
EMAIL: INFO@NEUBERGERLAW.COM

PHONE: (302) 655-0582
FAX: (302) 655-9329

August 4, 2008

**Via E-Filing & Fax (215) 580-2137**

The Honorable Thomas N. O'Neill, Jr.
United States District Court for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room # 4007
Philadelphia, PA 19106-1714

RE: **Neuberger v. Gordon, et al., C.A. No. 05-916-TNO (D.Del.)**

Dear Judge O'Neill:

I write in response to the Court's Order dated July 21, 2008.

In light of the lengthy history of failed settlement efforts and unsuccessful mediations in several of the sister cases, I do not believe that a settlement conference would be fruitful at this time.

I am at the Court's disposal to address this matter further.

Respectfully Submitted,

/s/ Stephen J. Neuberger

Attorney for Plaintiff

cc:    All Counsel (via CM/ECF)

Neuberger (NCC) \ Letters \ O'Neill.03