IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS S. NEUBERGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS P. GORDON, ET AL | : | NO. 05-916 |

### NOTICE

A SETTLEMENT CONFERENCE in the above-captioned case will be held on **October 29, 2008** at **2:00 p.m.** before the **Honorable John R. Padova.** This conference will be held in Chambers, Room 17613. Lead counsel and parties with full settlement authority are required to attend the conference.

Each party shall submit ex parte a settlement memorandum to the Court on or before **October 22, 2008**.

_/s/ Gerrie Keane_
Gerrie M. Keane
Deputy Clerk to
Honorable John R. Padova
215-597-1178

Date: August 20, 2008

cc:  Stephen J. Neuberger
     John M. LaRosa
     Charles E. Butler
     Barry M. Willoughby