## EXHIBIT B

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS S. NEUBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No.:05-916-TNO |
| | ) |
| THOMAS P. GORDON, individually; | ) |
| SHERRY FREEBERY, individually; | ) |
| CHRISTOPHER A. COONS, in his | ) |
| official capacity as County Executive; | ) |
| DAVID W. SINGLETON, in his official | ) |
| capacity as Chief Administrative | ) |
| Officer; and NEW CASTLE COUNTY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED on this _____ of _____,

200__, that the above-captioned matter is hereby dismissed with prejudice in full with the Court

to retain jurisdiction over this matter solely for the purpose of enforcement of the Agreement and

Release to which the Parties have entered into and which are incorporated herein, including any

determination of attorney's fees and costs as defined in the Agreement and Release.

THE NEUBERGER FIRM, P.A.                    YOUNG CONAWAY STARGATT & TAYLOR, LLP


/s/ Stephen J. Neuberger                     /s/ Barry M. Willoughby
Stephen J. Neuberger, Esq. (Bar I.D. 4440)   Barry M. Willoughby, Esq. (Bar I.D. 1016)
Two East Seventh Street, Suite 302           Margaret M. DiBianca, Esq. (Bar I.D. 4539)
Wilmington, DE 19801                         The Brandywine Building
Telephone: (302) 655-0582                    1000 West Street, P.O. Box 391
E-mail: SJN@NeubergerLaw.com                 Wilmington, Delaware 19899-0391
                                             Telephone: (302) 571-6666
                                             Facsimile: (302) 576-3345
                                             E-mail: bwilloughby@ycst.com
                                             *Attorneys for Defendant New Castle County*

[Signatures continue on the following page]

**EXHIBIT B**

and

LAW OFFICE OF JOHN M. LAROSA

*/s/ John M. LaRosa*

John M. LaRosa, Esq. (Bar I.D. 4275)
Two East 7th Street
Wilmington, Delaware 19801
Telephone: (302) 888-1290
Facsimile: (302) 655-9329
E-mail: jlr@larosalaw.com
*Attorneys for Plaintiff*

and

CHARLES E. BUTLER, ESQUIRE

*/s/ Charles E. Butler*

Charles E. Butler, Esq. (Bar I.D. 2349)
1224 North King Street
Wilmington, Delaware 19801
Telephone: (302) 655-4100
Facsimile: (302) 655-4212
E-mail: ceb@cebutler.com
*Attorneys for Defendants Sherry Freebery and Thomas P. Gordon*

approved;

TRO-Neill

2/2/09