IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **THOMAS S. NEUBERGER,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 05-916 TNO |
| | : |
| **THOMAS P. GORDON**, individually; | : |
| **SHERRY FREEBERY**, individually; | : |
| **CHRISTOPHER COONS**, in his | : |
| official capacity as | : |
| County Executive; | : |
| **DAVID W. SINGLETON**, in his | : |
| official capacity as | : |
| Chief Administrative Officer; | : |
| and **NEW CASTLE COUNTY**, | : |
| a municipal corporation, | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES
OF LAW OFFICE OF JOHN M. LaROSA,
PURSUANT TO 42 U.S.C. § 1988 AND FED.R.CIV.P. 54**[1]

1.  Pursuant to 42 U.S.C. § 1988 and Fed.R.Civ.P. 54, plaintiff Moves that the Court make an award of attorneys' fees relating to attorney's fees of Law Office of John M. LaRosa, for the successful resolution of this case.

---

[1] Since the time records of plaintiff's counsel, The Law Office of John M. LaRosa and The Neuberger Firm, P.A., were kept using different billing systems, a separate motion is being filed by The Neuberger Firm, P.A. relating to its attorneys' fees and costs.

2.   A memorandum in support of this motion will follow.

                                        Respectfully Submitted,

                                        **LAW OFFICE OF JOHN M. LaROSA**

                                        /S/ John M. LaRosa
                                        **JOHN M. LaROSA, ESQUIRE (#4275)**
                                        Two East 7th Street, Suite 302
                                        Wilmington, DE 19801-3707
                                        (302) 655-0582
                                        JLR@LaRosaLaw.com

                                        Attorney for Plaintiff

Dated: April 29, 2009